## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

JEFFERY, INC., a Florida Corporation,    )
                                 )
        *Plaintiff,*           )
                                 )
    v.                     )    Case No. _____
                                 )
PEREZ APPLE AND COMPANY, INC., a Florida )
Corporation, and ESTHER PEREZ-APPLE, an )
individual,                    )
                                 )
        *Defendants.*        )

## VERIFIED COMPLAINT

Plaintiff, JEFFERY, INC., by and through counsel, brings this action against Defendants

PEREZ APPLE AND COMPANY, INC. and ESTHER PEREZ-APPLE, seeking damages and

other appropriate relief under the Federal Trademark Statute and Florida statutory and common

law.  In support of its claims, Plaintiff states as follows:

## PARTIES

1.    Plaintiff is a corporation duly organized under the laws of the State of Florida

with its principal place of business at 11890 SW 8th Street, Miami, FL 33184.  Plaintiff provides

educational training services in the nature of speech, articulation, and accent reduction.

2.    On information and belief, Defendant Perez Apple and Company, Inc. is an

inactive Florida corporation with a principal place of business at 19 SW 6th Street, Miami,

Florida, 33130.

3.    On information and belief, Defendant Esther Perez-Apple, the registered owner of

Defendant Perez Apple and Company, Inc., shares the same business address as Perez Apple and

Company, Inc.

## JURISDICTION AND VENUE

4.    This Court has jurisdiction of this action in accordance with 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, as well as supplemental jurisdiction over the related state law claims under 28 U.S.C. § 1367.

5.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and § 1400(a) because (a) the alleged acts of infringement and other wrongful conduct occurred in the Southern District of Florida; (b) the Defendants are located in the Southern District of Florida; and (c) Defendants have a sufficient connection with the Southern District of Florida to make venue proper in this district, as alleged in this Complaint.

## NATURE OF THE ACTION

6.    This is a an action for trademark infringement, unfair competition, deceptive and unfair practices, and false suggestion of a connection or association, in violation of §§ 32 and 43 (a)(1) of the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a)(1), and the laws of the State of Florida.  All of Plaintiff's claims arise from Defendants' unauthorized use of Plaintiff's registered trademarks.

## FACTUAL ALLEGATIONS

7.    Plaintiff is in the business of providing educational and training services related to improving speech and articulation.

8.    Plaintiff has continuously offered its services in connection with the mark **ACCENT REDUCTION MIAMI** ("the Mark") since 2008.  A description of Plaintiff's services is attached hereto as Exhibit 1.

2

9.     Plaintiff owns the following valid and subsisting U.S. and Florida state trademark registrations covering educational services, copies of which are attached hereto as composite Exhibit 2:

Fed. Reg. No. 4,166,039                    **ACCENT REDUCTION MIAMI**

Florida State Reg. No. T11000001175      **ACCENT REDUCTION MIAMI**

10.     Plaintiff has invested a significant amount of time and money into promoting, advertising, and developing its goodwill under the Mark since 2008.  Plaintiff regularly promotes its business in a variety of publications.  Representative samples of promotion and advertising are attached as Exhibit 3.

11.     Plaintiff and its services have attracted significant positive and unsolicited publicity with stories about Plaintiff and its educational services appearing in a variety of publications.  Representative samples of such unsolicited publicity are attached as Exhibit 4.

12.     As a result of Plaintiff's extensive and continuous use of the **ACCENT REDUCTION MIAMI** mark in connection with its educational services, and as a result of the public exposure given to it through sales, advertising, promotion and publicity, the **ACCENT REDUCTION MIAMI** mark has developed secondary meaning and has become a strong, well and favorably known designation of origin for Plaintiff's educational services.  The **ACCENT REDUCTION MIAMI** mark serves to indicate the source of Plaintiff's services and has become associated with Plaintiff in the minds of the general public throughout the United States, the State of Florida, and the Miami area.

## DEFENDANTS' UNLAWFUL CONDUCT

13.     Defendants also offer services in the nature of educational training to improve speaking and communication skills.  Defendants use the phrasing **ACCENT REDUCTION**

3

**MIAMI** to promote and advertise their services.    Representative samples of promotional material used by Defendants are attached hereto as composite <u>Exhibit 5</u>.

14.     Plaintiff and Defendants offer identical services to customers in the same channels of trade via educational seminars in the Miami area.

15.     Without the permission of Plaintiff, Defendants have used Plaintiff's mark **ACCENT REDUCTION MIAMI** to promote and advertise their educational services.

16.     When Plaintiff became aware of Defendants' infringement, Plaintiff notified Defendants first by telephone, and then by email correspondence on April 12, 2012, of Plaintiff's trademark rights and instructed Defendants to cease and desist their infringing use of the Mark. A copy of Plaintiff's email correspondence with Defendants is attached hereto as <u>Exhibit 6</u>.

17.     Despite Plaintiff's attempt to resolve the issue amicably, Defendants refused to cease infringement of the Mark.

18.     Plaintiff then retained the law firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist P.A., which sent a formal cease and desist letter on Plaintiff's behalf to Defendants on July 13, 2012. A copy of the letter is attached hereto as <u>Exhibit 7</u>.

19.     Despite Plaintiff's second attempt to resolve the issue without court involvement, Defendants again refused to cease infringement of the Mark.

20.     By refusing to cease infringement of the Mark, Defendants have continuously intended to confuse, mislead, and deceive the public and trade into believing their services are in some way associated, sponsored, or endorsed by Plaintiff.

#12345304_v1

## COUNT I

(Federal Trademark Infringement under § 32 of the Lanham Act)

21. Plaintiff incorporates by reference the allegations set forth in prior paragraphs 1 through 20 as if fully set forth herein.

22. Defendants' use of the Mark is likely to cause confusion, mistake, or deception as to the source of their services, to the great injury of Plaintiff's trade and goodwill, and to the injury of the public. The aforesaid acts constitute federal trademark infringement in violation of 15 U.S.C. §1114(1).

23. Plaintiff has suffered and will continue to suffer irreparable harm in the form of damage to business reputation, loss of sales and profits and business opportunity due to Defendants' actions.

## COUNT II

(False Designation of Origin/Unfair Competition under § 43(a) of the Lanham Act)

24. Plaintiff incorporates by reference the allegations set forth in prior paragraphs 1 through 23 as if fully set forth herein.

25. This Count arises under § 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

26. By the acts complained of herein, Defendants intentionally engaged and continue to engage in conduct that constitutes false designation of origin, unfair competition, and passing off in violation of 15 U.S.C. 1125(a).

27. Defendants' unauthorized use of the Mark were and are likely to cause confusion or mistake or to deceive as to the affiliation, connection, or association of Defendants with Plaintiff, or as to origin, sponsorship, or approval of the services, or commercial activities of Defendants. Defendants' acts falsely create the impression in the minds of consumers that

Defendants' educational services are legitimately connected with Plaintiff or emanate from or are authorized, sponsored, or approved by Plaintiff, in violation of § 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a).

28.     Defendants' infringing conduct has caused irreparable and immediate injury to the goodwill of Plaintiff for which Plaintiff has no adequate remedy at law.

29.     Plaintiff has suffered damages as a result of Defendants' violation of 15 U.S.C. § 1125(a).

## COUNT III

(Violation of Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), § 501.21 *et seq.*, Florida Statutes)

30.     Plaintiff incorporates by reference the allegations set forth in prior paragraphs 1 through 29 as if fully set forth herein.

31.     Defendants' wrongful act of using Plaintiff's mark violate FDUTPA in that said acts:

a) were intentionally calculated to deceive consumers into thinking that there is a connection with Plaintiff for the purpose of promoting their own services;

b) cause and have caused and are likely to continue to cause confusion, mistake, or deception in the mind of the public;

c) damage and will continue to damage Plaintiff's goodwill in that Plaintiff does not have control over Defendants' operation and how Defendants' choose to provide their services to the public.

#12345304_v1

32.     Defendants' wrongful acts have greatly and irreparably damaged Plaintiff and will continue to greatly and irreparably damage Plaintiff unless enjoined by this Court.  Accordingly, Plaintiff has no adequate remedy at law.

## COUNT IV

### (Unjust Enrichment)

33.     Plaintiff incorporates by reference the allegations set forth in prior paragraphs 1 through 32 as if fully set forth herein.

34.     Defendants have falsely advertised their services to the commercial benefit and enrichment of Defendants without compensation to Plaintiff by using the Mark in connection with their educational services.  As a result, Defendants have unjustly profited from the goodwill and reputation associated with Plaintiff's educational services.  Accordingly, Plaintiff seeks a full accounting and recovery from Defendants for the benefits and profits Defendants have unjustly received and the disgorgement of any such profit realized by Defendants as a result of its tortious and unlawful acts in an amount to be proven at trial.

## COUNT V

### (Trademark Infringement under §§495.001 *et seq.*, Florida Statutes)

35.     Plaintiff incorporates by reference the allegations set forth in prior paragraphs 1 through 34 as if fully set forth herein.

36.     Defendants' use of Plaintiff's mark is likely to cause confusion, mistake, or deception as to the source of their services, to the great injury of Plaintiff's trade and goodwill, and to the injury of the public.  The aforesaid acts constitute trademark infringement in violation of Florida law.

37.     Plaintiff has suffered and will continue to suffer irreparable harm in the form of damage to business reputation, loss of sales and profits and business opportunity due to Defendants' actions.  Accordingly, Plaintiff has no adequate remedy at law.

## COUNT VI

### (Common Law Trademark Infringement)

38.     Plaintiff incorporates by reference the allegations set forth in prior paragraphs 1 through 37 as if fully set forth herein.

39.     Defendants' acts constitute trademark infringement in violation of the common law of the State of Florida, because the intent and result of Defendants' act is a "palming off" of Defendants' services as emanating from or being endorsed by Plaintiff, thereby enhancing the commercial value and reputation of Defendants' services.

40.     Defendants' acts are, and will continue to be, greatly and irreparably damaging to Plaintiff in the future unless enjoined by this Court.  Accordingly, Plaintiff has no adequate remedy at law.

## COUNT VII

### (Permanent Injunction)

41.     Plaintiff incorporates by reference the allegations set forth in prior paragraphs 1 through 40 as if fully set forth herein.

42.     Defendants' use the Mark is likely to cause confusion, mistake, and deception because the public will believe Defendants are associated with Plaintiff or authorized to use the Mark.

43.     Unless the Court intervenes to restrain and enjoin Defendants, Defendants will continue to use the Mark.

#12345304_v1

44.     Such activities will cause Plaintiff to be irreparably harmed, and will deprive Plaintiff of its protected interest in the Mark and the accumulated goodwill generated by Plaintiff's promotion, advertising, and sale of its services.

45.     Plaintiff has no adequate remedy at law to rectify the harm of Defendants' unauthorized use of the Mark.

46.     The entry of permanent injunctive relief will not adversely affect any third parties and will further the public interest by eliminating the confusion, deception, infringement, and the like, as described herein.

47.     By reason of the foregoing, Defendants should be permanently restrained and enjoined immediately from interfering with the goodwill and intellectual property rights of Plaintiff.

## RELIEF REQUESTED AS TO ALL COUNTS

WHEREFORE, Plaintiff demands judgment against Defendants for the following:

a)     Defendants, their agents, officers, servants, employees and affiliates, and all those persons in active concert or participation with them, be preliminarily and thereafter permanently enjoined and restrained from:

i)     using the mark **ACCENT REDUCTION MIAMI**, or any colorable imitation of the mark;

ii)     expressly or impliedly representing themselves to customers, potential customers, or the public to be affiliated in any way with Plaintiff;

iii)     representing by words or conduct that any statement published by Defendants are authorized, sponsored, or endorsed by or otherwise connected with Plaintiff;

9

     iv)    otherwise infringing the Mark;

     v)    diluting the Mark;

     vi)    competing unfairly with Plaintiff in any manner by improper use of the Mark or similar marks.

b)    Pursuant to 15 U.S.C. §§ 1117 and 1125 and the common law, an award of all monetary damaged incurred by Plaintiff due to Defendants' tortious and unlawful acts, and the disgorgement of any such profit realized by Defendants as a result of its tortious and unlawful acts in an amount to be proven at trial.  Plaintiff also requests that the Court grant Plaintiff recovery of its reasonable attorneys' fees.

c)    That as to Count IV, Plaintiff be awarded damages in an amount sufficient to compensate Plaintiff for Defendants' use and unjust enrichment through their misleading advertising and that Defendants be required to provide a full accounting of the benefits and profits Defendants have unjustly received.

d)    Such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a jury on all issues so triable.

## VERIFICATION

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February _22_, 2013.

Lisa Jeffery

HOLLAND & KNIGHT LLP
Tricia M. Wozniak
Florida Bar No. 71236
E-mail: tricia.wozniak@hklaw.com
Leo Rydzewski
Florida Bar No. 0111960
E-mail: leo.rydzewski@hklaw.com
800 17th Street, NW, Suite 1100
Washington, DC 20006
Telephone: 202.955.3000
Fax: 202.955.5564

Of Counsel:
Thomas W. Brooke
E-mail: thomas.brooke@hklaw.com
800 17th Street, NW, Suite 1100
Washington, DC  20006
Telephone: 202.955.3000
Fax: 202.955.5564

Attorneys for Plaintiff
Jeffery, Inc.

Dated: March 1, 2013

11

# EXHIBIT 1

| | | | | Share 2 | More | Next Blog» | | | Create Blog | Sign In |

# Speech & Accent
## A C A D E M Y
Helping You Speak and Write With Precision, Elegance and Influence by Lisa Jeffery, MBA, MA

January 22, 2008

## Accent Reduction and Articulation Classes

When your customers don't understand your frontline employees, it creates complaints, anger and loss of business. Heavy foreign accents, Ebonics, talking too fast, and sloppy speech cause listeners to become distracted or prejudiced, or worse - angry, especially if they are in a hurry. They tune out and focus on mistakes instead of messages.

Only three out 100 Americans articulate properly. Two thirds of the population need formal training in speech and articulation. This creates a problem for Spanish speakers (and other native language speakers) who come to America and listen to poor speech. They mimic poor English, like "gunna," "dunno" and "wanna" and this is not acceptable coming from the mouths of "foreigners."

**The Problem is Not only Speech, but Listening.** While people in Miami may be accustomed to deciphering foreign accents, people from Middle America are not. They cannot make out a single word because their ears are not trained to exotic accents. So our ears, not only mouths, need to be tuned and trained to decipher different accents. (Including Boston and Mississippi accents!) For this reason, I also include Listening Skills and "Tuning Your Ears" in my accent reduction classes.

The good news is that anyone can change and improve their accent, but it takes speech training, not English classes, to make a significant breakthrough. It takes practice. It takes determination and the right skills. Actresses and actors regularly practice this technique and any accent can be completely changed. You can learn techniques to correct your speech so people do not become angry, annoyed, or confused.

## New York Times: "America is Ready For An Accent"

After one of my clients made the cover of Newsweek, the New York Times wrote an article that said, "She showed America that we are ready for accents, as long as they are not too strong."

## I Believe Ebonics is a Language

I treat Ebonics as if it were a language that deserves respect. In my opinion, it is special language challenge that should be considered equal to Spanish, French, and Chinese. For children, it is spoken at home and creates a sense of community. It has a rich historical significance in American History – it helped create a protective identity during and after slavery, and has fascinating linguistic roots in African languages. However, if African American adults are to succeed in a world where Standard English is spoken, their success rate climbs when they can shed the Ebonics at work and speak Standard English. I help African Americans overcome Ebonics with grace.

When I began teaching Accent Reduction in Miami in 2002, I made a surprising and shocking discovery. My Spanish-speaking students told me they never get a chance to speak English. At work, at the grocery store, at restaurants, they said,

"Everyone speaks Spanish. Even when we try to speak English, they understand we speak Spanish because of our accents. So they answer in Spanish. So many days go by that we NEVER speak English."

My African American students report the same phenomenon: "Everyone in my community speaks Ebonics, so I never get a chance to speak clear Standard English. If I do, people laugh at me."

### Lisa Jeffery's Communication Blog

Speech Coach and Professor Lisa Jeffery writes articles that help you with interpersonal communication, cultural communication, public speaking, business writing, articulation, persuasion, and personal influence. Lisa offers executive coaching, corporate training, and professional keynote speeches.

### About Me



**Lisa Jeffery**

**Educator, Speaker, Executive Coach:** Lisa Jeffery, MBA, MA is a speech and accent coach in Miami and the creator of Accent Reduction Miami and the Speech & Accent Academy. Lisa coaches top executives at Fortune 500 companies, actors, lawyers, broadcasters and financial advisers. With 29 years international experience in nine countries, she offers executive coaching, seminars, and lively keynote addresses in America and Europe.Her clients include the NBC Nightly News, Today Show, Burger King, DHL, UPS, Merrill Lynch, Lloyds Bank, Citibank, Friends of the Israeli Defense Forces, William Morris Agency, Univision, & Telemundo. Lisa coaches CEOs, top corporate executives, lawyers, financial advisers, actors, broadcasters, authors, television and radio personalities, actors and sports celebrities. She tailors her coaching to the client and combines accent reduction with public speaking and business writing coaching or building confidence.  Lisa is a former Captain in the US Air Force.  As a young lieutenant in Media relations, Lisa coached Air Force generals how to respond to difficult media interviews. As a Rotary International Ambassadorial Scholar in the

This phenomenon poses a difficult challenge. At some point, I ask my students to stop speaking their native language, or seek out new opportunities to speak English. **"If your friends laugh at you for speaking English clearly," I say, "find some new friends that won't laugh at you."** For this reason, I created Accent Reduction Miami, which offers classes, coaching and a social networking group so people can practice good English together in Miami.

### What Can You Do To Improve Your Standard English?

I recommend book clubs, volunteering, discussion groups, mentoring and joining clubs like Toastmasters that give you opportunities to practice. I also recommend public speaking classes, coaching and accent reduction classes. To find out about classes, contact me at lisa@accentreductionmiami.com.

Posted by Lisa Jeffery at 1/22/2008        ✉

+2   Recommend this on Google

Labels: Accent Reduction, Accent Reduction Miami, articulation, classes, coaching, Executive coaching, Speech coach

Reactions:     funny (0)      interesting (0)     helpful (0)

Location: Miami Speech and Accent Academy, 11890 Southwest 8th Street, Miami, FL 33184, USA

## No comments:

Post a Comment

## Links to this post

Create a Link

Ads by Google   ◀Blog Posts▶   ◀Blog Widget▶   ◀Crear Blog▶   ◀Videos Blog

| Newer Post | Home | Older Post |
|---|---|---|

Subscribe to: Post Comments (Atom)

Principality of Monaco, Lisa presented speeches in French all over France and Monaco.

Lisa holds a Bachelors degree in Speech Communication and Journalism from Chaminade University of Honolulu, a Masters Degree in Communication from European University, and a MBA in International Marketing from the International University of Monaco. Lisa teaches Advanced Business English at FIU International MBA program. Her university courses include Public Speaking, Voice & Articulation, Interpersonal Communication, Communication Theory and Persuasion.  Lisa Jeffery is a certified Compton P-ESL (Pronunciation English as a Second Language) trainer in which she utilizes proven scientific assessments and methods to help adult clients change their regional and Foreign Accents.  Lisa has presented speeches all over the word in English and French.

View my complete profile

### Client List

**Media:**
NBC Nightly News
NBC Today Show
Univision
Telemundo
WSVN, Channel 7, Miami
Plum TV
William Morris Agency
The Everything Channel
Nationally Syndicated Radio Shows
Businesswire, Inc.

**Corporations:**
Burger King
Merrill Lynch
Lloyds Bank
Citibank
ING
Alpine Stars
Kimberly Clark
Motorola
Coca Cola
IBM
DHL
UPS
Ritz Carlton Hotels
Bank of America
Diageo, Inc.
Red Stripe, Jamaica
Home Diagnostics, Inc.
Mt. Sinai Hospital, Miami Beach
Baptist Hospital
American Entertainment Dist., Inc.
KDI Architecture, Inc.
Skin Gourmet, Inc.

**Government:**
US Air Force
FAA
Air Traffic Controllers
Miami-Dade County
Jamaican Employers' Federation
Nigerian Ministry of Transport
Miami Dade County Library Systems
Miami Dade Fire Rescue

Miramar Florida Police Department

**Organizations And Associations:**
Friends of the Israeli Defense Force
The System Safety Society
Palm Beach Human Resources Council
Greater Miami Jewish Federation
SE Florida Library Information Network
The Rotary Elder Program
Barry Older Adult Opportunity Center
FL Assoc. of Non Profit Organizations
Center for Family & Child Enrichment
Center For Positive Connections, Inc.
Think Positive America Concerts, Inc.

Individuals:
William Levy, Actor
Maria Celeste Araras, NBC
Steven Goldstein Ferrari Race Car
Driver
Jackie Guerrido, Univision
Alberto Sardinas, Syndicated Radio
Talk Show Host
Congressman William Lehman, (Ret.)
Singer/Song Writer Roberta Flack

Academic Institutions:
Nova Southeastern University
Barry University
Florida Memorial College
Miami-Dade College
International University of Monaco

**Blog Archive**

Blog Archive

**Popular Posts**



Accent Reduction
Workshop: Voice and
Speech Power!



Due to the Movie, Having
a Speech Coach is 'Chic'!
Wednesday, February 9,
2011'King's Speech'
brings clamor for voice coaches
Business Of Life Crain's Chicago
Business 'King's Speech' ...

Accent Reduction and Articulation
Classes
When your customers don't
understand your frontline employees, it
creates complaints, anger and loss of
business. Heavy foreign accents, Ebo...



Courage, Grit and
the 'Bradbury' Effect
by Lisa Jeffery I went to
the movie Valkyrie with
Tom Cruise, based on a true story. The
movie made me think about courage
and "grit". ...

Hey! You've Got Elvis Legs! And other
Public Speaking Problems



Elvis Legs -- Noun. A problem that happens when making a speech, and your legs move, shake, shift, dance, and hips swing as you sh...



### The Greatest Gift

Every year during the holidays, someone calls me and tells me that they want to give my coaching package to someone they love for Christmas....

### The Abilene Paradox...

"That's why we ended up in a mess!" Here's a funny form of miscommunication that often happens in organizations, teams, families and even c...



### 7 Tips for Giving a Speech for People Who are Not Accustomed to Public Speaking

I am so proud, because it's time for my biggest event of the year. For years, I have been coaching my clients to give speeches to rais...

### How "Asteroid 243" and Poetry Can Teach Us How to Talk

When my coaching client, Virginia, a Spanish speaker, asked me, "How do I know where to place emphasis on words?" I immediately thought of ...

### Can I talk to someone who speaks English?

Have you ever heard that, or said that? If you are on the receiving end of this comment, it can profoundly affect your confidence and self-e...

---

**Free Consultation**

Are you thinking about working with a speech coach? Contact Lisa for a free 30-minute consultation on how you can improve your accent:

Contact: Speech & Accent Reduction Coach Lisa Jeffery

**Coaching, Workshops and Training:** Accent Reduction, Voice and Articulation, Public Speaking, Overcome Anxiety, Building Confidence & Self Esteem, Interpersonal Communication, Business Communication, Customer Service

---

**Search This Blog**

[ Search ]





Contact Me:

lisa@lisajeffery.com
Lisa's Website

Followers

Join this site
with Google Friend Connect

Members (1)

Already a member? Sign in

Blogger

Total Pageviews

2,040

AddThis

SHARE

1

**Pediatric Speech Therapy**

**speech**forsprouts.com/**Spe**..
Experienced **Speech**
Services. Browse Our Site
For More Info!

AdChoices

Ads by Google  ◄Crear Blog►  ◄Videos Blog►  ◄Mi Blog►  ◄Mi Facebook►

© Copyright, Lisa Jeffery, 2011 ALL RIGHTS RESERVED

All articles on this blog are copyright protected. You may use the article with written permission from Lisa Jeffery. Please include byline of the author.

Copyright Lisa Jeffery 2011. Awesome Inc. template. Powered by Blogger.

Speech and Communication Academy Blog: Accent Reduction and Articulation

# EXHIBIT 2



# State of Florida

## Department of State

I certify from the records of this office that JEFFERY, INC., a Florida Corporation located at 6538 COLLINS AVENUE #415, MIAMI BEACH, FL 33141 has registered ACCENT REDUCTION MIAMI to be used as a mark under class(es) 0041. Said mark was first used anywhere May 31, 2008 and was first used in Florida May 31, 2008.

I further certify this mark is being used in connection with the following goods and/or services: BUSINESS EDUCATION SERVICES & TRAINING SERVICES, PUBLIC PRESENTATIONS TRAINING, COMMUNICATION SKILLS TRAINING, BUSINESS WRITING TRAINING.

I further certify that said mark was registered in this office on December 5, 2011 and its date of expiration is December 5, 2016.

The number of this mark is T11000001175.

Disclaimer for: "MIAMI"

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Fifth day of December, 2011

Kurt S. Browning
Secretary of State

CR2EO22 (1-11)

# United States of America
### United States Patent and Trademark Office

# ACCENT REDUCTION MIAMI

**Reg. No. 4,166,039**

**Registered June 26, 2012**

**Int. Cl.: 41**

**SERVICE MARK**

**SUPPLEMENTAL REGISTER**

JEFFERY, INC. (FLORIDA CORPORATION)
SUITE 415
6538 COLLINS AVE
MIAMI BEACH, FL 33141

FOR: BUSINESS EDUCATION SERVICES AND TRAINING SERVICES, NAMELY, CLASSES SEMINARS, WORKSHOPS, AND TRAINING IN THE FIELDS OF PUBLIC PRESENTATIONS, COMMUNICATION SKILLS, BUSINESS WRITING, SPEECH, ARTICULATION AND ACCENT REDUCTION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-0-2008; IN COMMERCE 5-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ACCENT REDUCTION", APART FROM THE MARK AS SHOWN.

SER. NO. 85-400,548, FILED P.R. 8-17-2011; AM. S.R. 4-12-2012.

KATINA MISTER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT 3



Published on *miami.com* ([http://www.miami.com](http://www.miami.com))

Home > Accent Reduction Summer Workshops at FIU Kovens Conference Center, Miami

# Accent Reduction Summer Workshops at FIU Kovens Conference Center, Miami

By *Accenreductionmiami*
Created *06/07/2010 - 22:44*

Does Your Accent Hold You Back? Improve Your Accent This Summer! Heavy accents, slurred speech or talking too fast can cause listeners to become prejudiced. It's not just your speech; it's the listeners' ears. So if you speak with an accent, you have to speak clearer and better. You have to articulate. You can learn techniques to correct your errors and change your speech habits, so people can become more interested in what you are saying instead of how you are saying it. English classes are not enough! Speech and Accent Classes help you to SPEAK English better! You will get an assessment on your problems sounds, and learn techniques to change your speech. Also great for people with regional American accents! Small Classes this summer at FIU by accent reduction expert: Saturday Classes: June 19, July 17 and August 14 (1-5 p.m.) Friday Classes: July 23 (Morning or afternoon) Location: Kovens Conference Center FIU North Campus 3000 NE 151st St. North Miami YOU WILL LEARN: - -The 4 things you can do NOW to improve your accent - Assess your problem sounds -Hear your mistakes, learn techniques to correct them - Improve pronunciation of consonants & vowels -Improve articulation in English -Improve vocal variety, stress syllables -How to stretch out your vowels so people understand you Benefits: -Be better at job interviews and presentations -Be more confident and credible in person or on the phone -Get rid of the stress and anxiety of speaking English Cost: $169.99 for 1 class $459.99 for 3 Classes Lisa Jeffery, MBA, MA teaches Advanced Business English at FIU International MBA program; and teaches Speech and Voice & Articulation at Barry University. Website: www.accentreductionmiami.com. Blog: www.accentreductionmiami.blogspot.com Meetup Group: www.meetup.com/accentreductionmiami Florida International University Kovens Center http://kovens.fiu.edu/ To Register: Call Accent Reduction Miami at 305 395-5253 or e-mail lisa@accentreductionmiami.com Map: FIU Kovens Conference Center: 3000 NE 151st St. North Miami, 33181

**Source URL:** http://www.miami.com/accent-reduction-summer-workshops-at-fiu-kovens-conference-center-miami



**Video Bar**

powered by
You Tube

**Facebook Badge**

Speech and Accent Academy

facebook

*Speech & Accent*

Speech and Accent Academy

Accent Reduction Miami's Fall classes at the...

61

Promote Your Page Too

**Contact Me:**

lisa@lisajeffery.com
Lisa's Website

**AddThis**

SHARE

**Blogger**

 CAMEL RIDES° DEC 20 THRU JAN 1 JUNGLE ISLAND CLICK HERE & SAVE!

miami.com

Hi Accenreductionmiami :)          Log out          My Profile

# Accenreductionmiami's Photos

Advanced Search                                                    Search

*Accent Reduction Summer Workshops at FIU Kovens Conference Center, Miami (/accent-reduction-summer-workshops-at-fiu-kovens-conference-center-miami)*

Submitted by Accenreductionmiami (/user/accenreductionmiami) on Mon, 06/07/2010 - 22:44



(/accent-reduction-summer-workshops-at-fiu-kovens-conference-center-miami)

*Accent Reduction Miami (/accent-reduction-miami)*

Submitted by Accenreductionmiami (/user/accenreductionmiami) on Sat, 06/05/2010 - 00:02



(/accent-reduction-miami)

## Sign up for our weekend guide

Make your plans with our Weekend Concierge email sent to your inbox every Wednesday.

Enter email address

Sign Up

### Recommendations

 'This is 40' (R)
13 people recommended this.

 Miami.com and The Stage present Suenalo this Friday
27 people recommended this.

 The Flat takes over former Cozy space South of Fifth as a pre-party spot with tapas, cocktails
15 people recommended this.

Facebook social plugin

+Lisa   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More

accent reduction miami

 Lisa Je...   0

Web   Images   Maps   Shopping   Videos   More   Search tools

Page 8 of about 61,600 results (0.33 seconds)

Ads related to **accent reduction miami**

**Accent Reduction** Training - Onsite Classes for Professionals
www.ettlearn.com/
Customized, Efficient & Flexible.

**Accent Reduction** Software - pronunciationworkshop.com
www.pronunciationworkshop.com/Trial
Bestselling **Accent** Classes & DVD Fast results. Start for only $9.95

Speak like an American - testden.com
www.testden.com/
3 hr DVD, online course & 1.5 hr private lesson. Join now, only $99

**Accent Reduction** Miami Blog: 'King's Speech' brings clamor for ...
accentreductionmiami.blogspot.com/.../kings-speech-brings-cl...
Feb 9, 2011 – **Accent Reduction** in Miami to Improve
and Practice English" by Lisa Jeffery, MBA, MA "The Paramedic Speech ...

**Accent Reduction** Miami Blog: The Yellow Jello Problem - An Acce...
accentreductionmiami.blogspot.com/.../yellow-jello-problem-a...
Feb 2, 2009 – **Accent Reduction** Miami Blog. "The Best Place in Miami to Improve
and Practice English" by Lisa Jeffery, MBA, MA "The Paramedic Speech ...

**Accent Reduction** Miami Blog: The Four Most Annoying U.S. Accents
accentreductionmiami.blogspot.com/.../four-most-annoying-us...
Feb 19, 2010 – **Accent Reduction** Miami Blog. "The Best Place in Miami to Improve
and Practice English" by Lisa Jeffery, MBA, MA "The Paramedic Speech ...

The Next **Accent Reduction** Miami Class is April 14, 2012. Contact ...
www.linkedin.com/.../Next-Accent-Reduction-Miami-Class-31...
Apr 14, 2012 – The Next **Accent Reduction** Miami Class is April 14, 2012. Contact
Lisa Jeffery at the Speech and **Accent** Academy!

**Accent Reduction** Classes at FIU Kovens Conference Center, Miam...
www.merchantcircle.com › FL › Miami › 33184
May 21, 2008 – Jeffery Communications, Speech and **Accent** Academy™ & **Accent
Reduction Miami™** is located in Miami, FL. Coaching Speech and **Accent** ...

Alicia Harris - **Accent Reduction** Miami (Miami, FL) - Meetup
www.meetup.com/**accentreductionmiami**/members/16961691/
Miami FL - Co-Organizer
Hello. Welcome to **Accent Reduction** Miami. I am Alicia Harris.

Portuguese - **Accent Reduction**
www.relaxandspeak.com/portugueseaccentclass.html
The **Accent Reduction** Tutoring Academy is a Portuguese language school in Los
Angeles, offering a full schedule of Los Angeles Portuguese language ...

**Accent Reduction** for Spanish Speakers - Lesson Seven - Final D ...
 www.youtube.com/watch?v=IGR9iU7RY4Q
May 21, 2012 - Uploaded by IvanBorodin
Ivan Borodin has taught **Accent Reduction** since 1993, at Los ....
24 Accentsby Truseneye9213,562,075 views ...
by Ivan Borodin - More by Ivan Borodin

More videos for **accent reduction miami** »

Speech and **Accent** Academy Blog: New! **Accent Reduction** Classes...
lisajeffery.blogspot.com/.../accent-reduction-classes-at-fiu-voic...
May 5, 2008 – **Accent Reduction** Classes at FIU Kovens Conference Center: ... Lisa
Jeffery, MBA, MA: **Miami**, Florida, U.S. Minor Outlying Islands: Lisa Jeffery, ...

Pamela Kelly Communicatio
www.pkelly.com/
Coaching and Trainings
**Accent Reduction**, Public Speaking

English **Accent Reduction**
www.eyespeakenglish.com/
English pronunciation software to
help you reduce your accent today.

See your ad here »



Submitted by Accentreductionmiami (/user/accentreductionmiami) on Mon, 06/07/2010 - 22:44

Hi Accenreductionmiami :)     Log out     My Profile

## Speak up!

**Your rating:**

**Your review:**

Advanced Search     [ Search ]

Save  Preview

## Sign up for our weekend guide

Enter email address

[ Sign Up ]

### Recommendations

**'This Is 40' (R)**
13 people recommended this.

**Miami.com and The Stage present Suenalo this Friday**
27 people recommended this.

**The Flat takes over former Cozy space South of Fifth as a pre-party spot with tapas, cocktails**
15 people recommended this.

Facebook social plugin

Case 1:13-cv-20747-KMM  Document 1  Entered on FLSD Docket 03/01/2013  Page 33 of 97



Think Positive America Concerts, Inc.

Individuals:
Congressman William Lehman, (Ret.)
Singer/Song Writer Roberta Flack

Academic Institutions:
Nova Southeastern University
Barry University
Florida Memorial College
Miami Dade College
International University of Monaco

**Followers**

Join this site
with Google Friend Connect

**Members (1)**

Already a member? Sign in

**Blog Archive**

Blog Archive

**Links:**

Lisa Jeffery's Website

Life Coach Christiane Pohl

Accent Reduction Miami Blog

**Free Accent Reduction Consultation**

Contact Lisa for a free 30-minute consultation on how you can improve your accent:

Contact: Accent Reduction Coach Lisa Jeffery, MBA, MA

Coaching, Workshops and Training:
Accent Reduction, Voice and Articulation, Public Speaking, Overcome Anxiety, Building Confidence & Self Esteem, Interpersonal Communication, Business Communication, Customer Service

MEMBER
NSA
NATIONAL SPEAKERS ASSOCIATION

**Lisa Jeffery's Twitter Tweets**





Hello :)        Log in        Sign up

Filter by:

Restaurants (8x)

Hotels (8x)

Clubs (8x)

Movies (8x)

Articles (8x)

Places (8x)

Photos (8x)

Events (8x)

User Profiles (8x)

Articulos en Español

(8x)

## Search results

### Results for: *Accent Reduction*

Advanced Search                    Search

**Accent Reduction Miami** *(/accent-reduction-miami)*

Submitted by Accenreductionmiami *(/user/accenreductionmiami)* on Sat, 06/05/2010 - 00:02

**Accent Reduction Summer Workshops at FIU Kovens Conference Center, Miami** *(/accent-reduction-summer-workshops-at-fiu-kovens-conference-center-miami)*

Submitted by Accenreductionmiami *(/user/accenreductionmiami)* on Mon, 06/07/2010 - 22:44



*(/uncorked-2011-article)*
Wine and Food Festival *(/restaurants-food-and-wine-festival)*
**Uncorked 2011** *(/uncorked-2011-article)*
The best nibbles, bits & bites from the 2011 South Beach Wine and Food Festival

Share *(/uncorked-2011-article)*

Category: restaurants

**Cafe Sharaku** *(/cafe-sharaku)*

2736 N. Federal Hwy.
Fort Lauderdale, FL 33306
954-563-2888

Price: $$$, $20 - $40
Cuisine: Asian *(/asian)* , French *(/french)*

Talented Japanese chef-owner Iwao Kaita creates Asian-French fusion fare like a gorgeous duck carpaccio garnished with diced Asian pears, chicken with a creamy miso sauce, scrumptious blueberry crepe...

Category: restaurants

*(/hi-life-cafe-and-wine-bar)*
**Hi-Life Cafe and Wine Bar** *(/hi-life-cafe-and-wine-bar)*
3000 N. Federal Hwy.
Fort Lauderdale, FL 33306
954-563-1395
Critic's review:

Price: $$$, $20 - $40
Cuisine: American *(/american)*

Hi-Life is one of those rare restaurants that keeps getting better. The space has doubled to two rooms with a wine bar, becoming more upscale while remaining cozy and intimate. Here you can enjoy the...

## Sign up for our weekend guide

Make your plans with our Weekend Concierge email sent to your inbox every Wednesday.

Enter email address

**Recommendations**

'This is 40' (R)
13 people recommended this.

Miami.com and The Stage present Suenalo this Friday
27 people recommended this.

The Flat takes over former Cozy space South of Fifth as a pre-party spot with tapas, cocktails
15 people recommended this.

Facebook social plugin

Case 1:13-cv-20747-KMM   Document 1   Entered on FLSD Docket 03/01/2013   Page 35 of 97

Share    0    More    Next Blog»                          lisajeffe@gmail.com    New Post    Design    Sign Out

# Accent Reduction Miami ®

**Helping You Speak With Precision, Elegance and Influence... Classes, Coaching and Networking**

Thursday, May 1, 2008

## The Magic City of a Million Magnificent Accents

*And then she said...*

In South Beach, you can walk down Lincoln Road and hear dozens of languages, hundreds of accents, and plenty of "blah, blah, blah" and "bleh, bleh, bleh." You can watch amazing characters with their birds, dogs, lizards, even snakes going for a Sunday seshay down Ocean drive.

While some people know me (Lisa), EVERYBODY knows my famous African Gray Parrot, Valentina. She speaks very elegant English, with a 500-word vocabulary. (Of course she does, her mommy is a speech teacher!) Valentina even has a job. She works in the entertainment business. She's the lead entertainer, comedian and "conversationalist" in a nursing home. So while mommy is teaching people how to speak better and reduce their accent, Valentina is telling stories to the nursing home residents, bossing around the staff, and flirting with ambulance drivers -- oh sorry, doctors, paramedics, and mail carriers too.

In Miami, we understand accents. But if you want to communicate with the rest of the world, you have to speak clearer English. You have to speak with distinction.

Studies show that only 3 out of 100 Americans articulate properly, so foreigners have to try to learn English from people who speak bad street talk. In fact, 1/3 of Americans need some kind of voice and articulation training, but most of them don't ever get it.

If you speak with an accent, you can't afford to speak "street talk" if you want to get ahead. You have to speak with distinction and elegance. Then you'll get selected for the job in that interview, you'll sell that client your product or service, because they LIKE listening to you!

We forgive Americans for saying "gunna" and "wanna" but we do NOT forgive foreigners. So you have to learn to be BETTER, CLEARER.

You don't want to lose your accent; you want to use it as an ASSET!

I can help you. In either private coaching sessions or scheduled workshops, I guarantee results that you will make a breakthrough in your accent reduction. To find out more of how I can help you, visit my website at: www.crossingborderscommunication.com

Posted by Lisa Jeffery at 4:57 AM    

Reactions:

## No comments:

Post a Comment

## Links to this post

Create a Link

Newer Post                    **Home**

**Subscribe to:** Post Comments (Atom)

---

### Accent Reduction Miami®



### Followers

**Join this site**
with Google Friend Connect

**Members (3)**



Already a member? Sign in

### About Me



**Lisa Jeffery**

**Educator, Speaker, Executive Coach:** Lisa Jeffery, MBA, MA is a speech and accent coach in Miami and the creator of Accent Reduction Miami and the Speech & Accent Academy. Lisa coaches top executives at Fortune 500 companies, actors, lawyers, broadcasters and financial advisers. With 29 years international experience in nine countries, she offers executive coaching, seminars, and lively keynote addresses in America and Europe.Her clients include the NBC Nightly News, Today Show, Burger King, DHL, UPS, Merrill Lynch, Lloyds Bank, Citibank, Friends of the Israeli Defense Forces, William Morris Agency, Univision, & Telemundo. Lisa coaches CEOs, top corporate executives, lawyers, financial advisers, actors, broadcasters, authors, television and radio personalities, actors and sports celebrities. She tailors her coaching to the client and combines accent reduction with public speaking and business writing coaching or building confidence.  Lisa is a former Captain in the US Air Force.  As a young lieutenant in Media relations, Lisa coached Air Force generals how to respond to difficult media interviews. As a Rotary International Ambassadorial

Scholar in the Principality of Monaco,
Lisa presented speeches in French all
over France and Monaco.

Lisa holds a Bachelors degree in
Speech Communication and Journalism
from Chaminade University of Honolulu,
a Masters Degree in Communication
from European University, and a MBA
in International Marketing from the
International University of Monaco.

Lisa teaches Advanced Business
English at FIU International MBA
program. Her university courses include
Public Speaking, Voice & Articulation,
Interpersonal Communication,
Communication Theory and
Persuasion.  Lisa Jeffery is a certified
Compton P-ESL (Pronunciation English
as a Second Language) trainer in which
she utilizes proven scientific
assessments and methods to help adult
clients change their regional and
Foreign Accents.  Lisa has presented
speeches all over the word in English
and French.

View my complete profile

**Accent Reduction Miami® Free
Meetup Group: Meet Friends and
Practice English!**

 Accent Reduction Miami

**Blog Archive**

► 2012 (3)

► 2011 (3)

► 2010 (9)

► 2009 (3)

▼ 2008 (3)

  ► 10/05 - 10/12 (1)

  ▼ 04/27 - 05/04 (2)

    An Accent Can Get You in
    Trouble Sometimes...

    The Magic City of a Million
    Magnificent Accents

**Good Links for Accent Reduction**

Lisa's Tips on Communication

The Color Vowel Chart

A Fun Resource to Improve Your
English

Vocal Variety and Intonation in English

**Pages**

Case 1:13-cv-20747-KMM   Document 1   Entered on FLSD Docket 03/01/2013   Page 37 of 97

Home

**Total Pageviews**

7,064

**Presented by the Speech and Accent Academy**

*Speech & Accent*
A C A D E M Y

**Free Accent Reduction Consultation**

For a Free 30-minute Accent Reduction consultation:
Contact: Miami Accent Reduction Coach, Lisa Jeffery, MBA, MA

http://www.accentreductionmiami.com

Coaching, Keynotes, and Training:
Accent Reduction, Voice and Articulation, Public Speaking, Overcome Anxiety, Building Confidence & Self Esteem, Interpersonal Communication, Business Communication, and Media Training.

+1  Recommend this

**LinkedIn**

Linked in profile



**Lisa Jeffery's Videos**

powered by
You Tube

**Facebook**

Accent Reduction Miami

facebook

*Miami*

Accent Reduction Miami

Accent Reduction Miami

None

47

Promote Your Page Too

Blogger

**Follow by Email**

Em

**Subscribe**

🔊 Posts

🔊 Comments

**Copyright**



This work is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License.

© Copyright Lisa Jeffery, 2011 ALL RIGHTS RESERVED. . Awesome Inc. template. Powered by Blogger.

### Carola gerhard - Accent Reduction Miami (Miami, FL) - Meetup
www.meetup.com/**accentreductionmiami**/members/20824561/
Miami FL - Member
Are you shy when you speak English? Do you know how to improve and fix your accent
problems? **Accent Reduction Miami**... It's the BEST place in Mia.

### Fort Lauderdale - English Club Meetup Groups - Meetup
english-club.meetup.com/cities/us/fl/fort_lauderdale/
**Accent Reduction Miami** Christmas Party with Guest Speaker, Alberto Sardinas ... It's
the BEST place in Miami to reduce your accent and improve your English.

### Lisa Jeffery's Speech and **Accent** Academy - Online Store
www.speechandaccentacademy.com/online-store/
The Whispy helps with **Accent Reduction**; is great for Broadcasters, Actors and
Singers! ... It helps in students in absorbing **Accent Reduction** lessons and hearing the
true differences ... Address: 11890 S.W. 8th St. Suite 511, **Miami**, FL 33184 ...

### Accent Reduction Course in Fort Lauderdale
www.eslinusa.com › ... › Fort Lauderdale › English Courses
**Accent Reduction** Course is for students who are seeking to improve their English and
at the same time want to take advantage of Fort Lauderdale's beautiful ...

Searches related to **accent reduction miami**

accent reduction miami dade college

accent reduction miami **members**

accent reduction **classes in miami**

**fiu kovens conference center miami**

**jeffery communications speech and accent academy**

**english** accent reduction **classes miami**

accent reduction software

accent reduction broward

**Previous**      5   6   7   8   9   **10**  11  12  13  14      **Next**

Advanced search     Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy & Terms
About Google

Case 1:13-cv-20747-KMM    Document 1    Entered on FLSD Docket 03/01/2013    Page 40 of 97

Share    1    More    Next Blog»                    lisajeffe@gmail.com    New Post    Design    Sign Out

# Accent Reduction Miami ®

**Helping You Speak With Precision, Elegance and Influence... Classes, Coaching and Networking**

---

Wednesday, October 8, 2008

## My Star Student in Articulation and Accent Reduction



When I'm not teaching accent reduction, I like to teach my African Grey, Valentina Diniro how to speak, clear articulate English. Valentina is 8 years old with a 500 word vocabulary. (Of course, what can you expect? Her mommy is a speech and English teacher!)

Valentina has mastered those S and Z sounds that get confusing to Spanish Speakers. In English, we like to fool people and use an S in spelling the word, and a Z in saying the word. Valentina especially likes these two sounds.

For example, words like his, is, as, was, design, pleasant, all have a Z sound! Words like store, receive, amiss, and lonesome all have an S sound.

Then English can really get confusing because we give Cs and Xs a S sound also: words like icy, race, decimal, excellent all have an S sound.

**So English is not spoken like it is written, and that's why it's confusing to people who speak English as a second language.**

*But of course, Valentina Diniro can't read,* so she only knows the sounds. Since she is a perfectionist in pronunciation, as most African Greys are, she gets mad and screams if she pronounces the word wrong. But mommy has a lot of patience, so we practice until she gets it right, just like I do with my accent reduction clients.

Valentina especially likes combining the S sound with a consonant. Her favorite words are special, store, taps, cats. She loves to say, "You're wistling TAPS!" She often says, "You're special!" Then follows it with "Go to the pet store!"

When I'm off coaching or teaching classes, Valentina goes to her own "job". I like to say she's in the entertainment business. I take her to a nursing home, where she has her own cage in the lobby, and talks to the residents, the staff, the ambulance drivers, and the UPS people all day long. Everyone loves her, and she loves them. She's been going there for 8 years, since she was 6 months old. She knows everybody's names, and loves to have her friends call her on her own "cell phone" sounds. (She has about 10 different ringtones.)

Once I taught a speech class with Valentina on my head. I found out that wasn't (NOTE THE Z SOUND) a good idea. While Valentina is an excellent talker... she's not a very good listener, and totally missed my lecture by piping out the song "Twinkle, Twinkle Little Star!

Here are some more tricky Z sound words:
boys, fleas, please, rise, and whose...

Posted by Lisa Jeffery at 2:13 AM ·  No comments:    Links to this post

Reactions:

---

### Accent Reduction Miami®



### Followers

**Join this site**
with Google Friend Connect

**Members (3)**

Already a member? Sign in

### About Me



**Lisa Jeffery**

**Educator, Speaker, Executive Coach:**
Lisa Jeffery, MBA, MA is a speech and accent coach in Miami and the creator of Accent Reduction Miami and the Speech & Accent Academy. Lisa coaches top executives at Fortune 500 companies, actors, lawyers, broadcasters and financial advisers. With 29 years international experience in nine countries, she offers executive coaching, seminars, and lively keynote addresses in America and Europe.Her clients include the NBC Nightly News, Today Show, Burger King, DHL, UPS, Merrill Lynch, Lloyds Bank, Citibank, Friends of the Israeli Defense Forces, William Morris Agency, Univision, & Telemundo. Lisa coaches CEOs, top corporate executives, lawyers, financial advisers, actors, broadcasters, authors, television and radio personalities, actors and sports celebrities. She tailors her coaching to the client and combines accent reduction with public speaking and business writing coaching or building confidence.  Lisa is a former Captain in the US Air Force.  As a young lieutenant in Media relations, Lisa coached Air Force generals how to respond to difficult media interviews. As a Rotary International Ambassadorial

Friday, May 2, 2008

## An Accent Can Get You in Trouble Sometimes...

### Once I said the the wrong thing in France.

In 1995, I made a speech to 5,000 people in Nice, France (in French). I mispronounced one word...

When I meant to say,
*"I came to Monaco to get my Masters Degree,"* with my poor American accent in French, I said,
*"I came to Monaco to get my UTERUS."*

The audience was sweet and charming and forgave me. I just heard a murmur run through the crowd. But after the speech when a friend told me what I had actually said, I melted like a stick of butter. It took months to recover. Maybe years.

I am one of the few, if not the ONLY accent reduction coaches in America who has actually gone through it herself in another language. I worked in a PR firm in Paris and Monaco and was TERRIFIED to talk on the phone, but I had to. I know your fear, personally.

I have unique insights into what you are facing with your accent reduction challenges, and know how to help you. You can find accent reduction coaches all over America. Most of them are speech trainers, some might be college speech teachers, but not all of them. None of them has been in your shoes: lived and worked and tried to succeed in a foreign country in another language.

### I know what it means to improve an accent:

- I had to make speeches in France to thousands of people in French
- I am a University Speech and Communication Professor
- I am a former TV and radio broadcaster
- I am a motivational speaker
- I am a business woman
- I am the famous Valentina's mommy

Posted by Lisa Jeffery at 12:12 AM   No comments:    Links to this post
Reactions:

---

Thursday, May 1, 2008

## The Magic City of a Million Magnificent Accents

*And then she said...*

In South Beach, you can walk down Lincoln Road and hear dozens of languages, hundreds of accents, and plenty of "blah, blah, blah" and "bleh, bleh, bleh." You can watch amazing characters with their birds, dogs, lizards, even snakes going for a Sunday sashay down Ocean drive.

While some people know me (Lisa), EVERYBODY knows my famous African Gray Parrot, Valentina. She speaks very elegant English, with a 500-word vocabulary. (Of course she does, her mommy is a speech teacher!)Valentina even has a job. She works in the entertainment business. She's the lead entertainer, comedian and "conversationalist" in a nursing home. So while mommy is teaching people how to speak better and reduce their accent, Valentina is telling stories to the nursing home residents, bossing around the staff, and flirting with ambulance drivers -- oh sorry, doctors, paramedics, and mail carriers too.

In Miami, we understand accents. But if you want to communicate with the rest of the world, you have to speak clearer English. You have to speak with distinction.

Studies show that only 3 out of 100 Americans articulate properly, so foreigners have to try to learn English from people who speak bad street talk. In fact, 1/3 of Americans need some kind of voice and articulation training, but most of them don't ever get it.

If you speak with an accent, you can't afford to speak "street talk" if you want to get ahead. You have to speak with distinction and elegance. Then you'll get selected for the job in that interview, you'll sell that client your product or service, because they LIKE listening to you!

We forgive Americans for saying "gunna" and "wanna" but we do NOT forgive foreigners. So you have to learn to speak BETTER, CLEARER.

---

Scholar in the Principality of Monaco, Lisa presented speeches in French all over France and Monaco.
Lisa holds a Bachelors degree in Speech Communication and Journalism from Chaminade University of Honolulu, a Masters Degree in Communication from European University, and a MBA in International Marketing from the International University of Monaco. Lisa teaches Advanced Business English at FIU International MBA program. Her university courses include Public Speaking, Voice & Articulation. Interpersonal Communication, Communication Theory and Persuasion.  Lisa Jeffery is a certified Compton P-ESL (Pronunciation English as a Second Language) trainer in which she utilizes proven scientific assessments and methods to help adult clients change their regional and Foreign Accents.  Lisa has presented speeches all over the word in English and French.

View my complete profile

### Accent Reduction Miami® Free Meetup Group: Meet Friends and Practice English!

 Accent Reduction Miami

### Blog Archive

▶ 2012 (3)
▶ 2011 (3)
▶ 2010 (9)
▶ 2009 (3)
▼ 2008 (3)
   ▼ 10/05 - 10/12 (1)
      My Star Student in Articulation and Accent Reducti...
   ▶ 04/27 - 05/04 (2)

### Good Links for Accent Reduction

Lisa's Tips on Communication

The Color Vowel Chart

A Fun Resource to Improve Your English

Vocal Variety and Intonation in English

---

Accent Reduction Miami ®                                    http://accentreductionmiami.blogspot.com/search/updated-min=2008...

You don't want to lose your accent; you want to use it as an ASSET!

I can help you. In either private coaching sessions or scheduled workshops, I guarantee results that you will make a breakthrough in your accent reduction. To find out more of how I can help you, visit my website at www.crossingborderscommunication.com.

Posted by Lisa Jeffery at 4:57 AM    No comments:                        Links to this post
Reactions:

| Newer Posts | Home |
|---|---|

Subscribe to: Posts (Atom)

**Pages**

Home

**Total Pageviews**



**7,064**

**Presented by the Speech and Accent Academy**

*Speech & Accent*
A C A D E M Y

**Free Accent Reduction Consultation**

**For a Free 30-minute Accent Reduction consultation:**
Contact: Miami Accent Reduction Coach, Lisa Jeffery, MBA, MA

http://www.accentreductionmiami.com

**Coaching, Keynotes, and Training:** Accent Reduction, Voice and Articulation, Public Speaking, Overcome Anxiety, Building Confidence & Self Esteem, Interpersonal Communication, Business Communication, and Media Training.

+1   Recommend this

**Lisa Jeffery's Videos**



powered by
YouTube

**LinkedIn**

Linked in profile

**Facebook**

Accent Reduction Miami

facebook

*Miami*

Accent Reduction Miami

None

4?

Promote Your Page Too

Blogger

**Follow by Email**

Case 1:13-cv-20747-KMM   Document 1   Entered on FLSD Docket 03/01/2013   Page 43 of 97

**Subscribe**

🔖 Posts

🔖 All Comments

**Copyright**



This work is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License.

© Copyright Lisa Jeffery, 2011 ALL RIGHTS RESERVED. . Awesome Inc. template. Powered by Blogger.

Share    0    More    Next Blog»                                    lisajeffe@gmail.com   New Post   Design   Sign Out

# Accent Reduction Miami ®

**Helping You Speak With Precision, Elegance and Influence... Classes, Coaching and Networking**

Saturday, August 29, 2009

## Accent Reduction Nightmare: The "Beach/Bitch" Problem

Everybody in Miami knows this problem, and we often laugh about it. Have you ever said, "Let's go to the beach!" and it came out of your mouth, "Let's go to the bitch!"? (Oh no!)
When I work with my accent-reduction clients in Miami, they say that this problem is one of their worst problems. The "ee" and "i" sounds are always getting mixed up.

### So I call it "The Beach/Bitch" problem.

(I live in Miami, I can do that!)



(The Beach)........................(The Rich Bitch)

I also call the ee/i accent problem the "Sheet/Sh*t" problem (but that's not as elegant.) Most of my Spanish-speaking clients tell me with a horrified look on their face "Oh, I NEVER say the word sheet - I'm afraid of what will happen. So I say 'linens' instead!)

Today I laughed at story a client told me about a friend who caused a disaster with the "Sheet/Sh*t" problem. She checked into a hotel and found the sheet was dirty on the bed. She told the front desk:
Woman: "I have a problem, my 'sh*t' is dirty!"
(The front desk clerk was confused and horrified, not to mention, disgusted.)
Desk Clerk: "I'm sorry, I can't help you!"
Woman (screaming): "But my 'sh*t' is dirty! It's dirty!"
Desk Clerk: "Lady, 'sh*t' is always dirty! What can I do? Do you want me to call a doctor?"

It was then that she realized what a horrible mistake she had made, did not know how to correct it. She hoped she never had a problem with sheets again so she wouldn't have to say it. (It's like that in Miami.)

So let's go back to the beach with the bitch. Let's say it's South Bitch, oops, I mean South Beach. (Hee hee). I've noticed that in all cases, my clients are ABLE to say both sounds correctly, but they always get them mixed up in their speech.

They can't understand why the sounds come out wrong. It's like there is "a short circuit" in the brain, some kind of crossed wires. But don't worry, there is a fix! The first thing I get my clients and students to do is get them to hear the subtle differences in the two sounds. We say the two sounds next to each other. We say it wrong, say it right, say it wrong, say it right -- until the brain can consciously recognize which sounds it is sending to the mouth.

I call this the **"Lisa Jeffery Homeopathic Method of Correcting Mistakes."** (It works for quivering Elvis Legs in Public speaking too!) Sometimes this takes time, but it always works. Here is how you can practice the "Beach/Bitch" problem: Mix the two (vowel sounds) with different consonants. For example: beach/bitch; beach'r/rich. This works miracles. So here's my famous practice sentence, Miami style: Say this: "When you go to the beach, reach for the rich bitch!"

I once had a corporate training class of 22 people saying this all at once – just as the CEO walked by! (Hee Hee.) He popped his head in the class, "What's going on here?"Accent reduction, Miami style!" somebody yelled. (Thank god!)

This isn't just a problem with Spanish speakers; I've noticed it with my French, Portuguese, Italian, Turkish, Chinese and Russian clients too. My favorite French client discovered she can say these

---

**Accent Reduction Miami®**



**Followers**

**Join this site**
with Google Friend Connect

**Members (3)**



Already a member? Sign in

**About Me**



Lisa Jeffery

**Educator, Speaker, Executive Coach:**
Lisa Jeffery, MBA, MA is a speech and accent coach in Miami and the creator of Accent Reduction Miami and the Speech & Accent Academy. Lisa coaches top executives at Fortune 500 companies, actors, lawyers, broadcasters and financial advisers. With 29 years international experience in nine countries, she offers executive coaching, seminars, and lively keynote addresses in America and Europe.Her clients include the NBC Nightly News, Today Show, Burger King, DHL, UPS, Merrill Lynch, Lloyds Bank, Citibank, Friends of the Israeli Defense Forces, William Morris Agency, Univision, & Telemundo. Lisa coaches CEOs, top corporate executives, lawyers, financial advisers, actors, broadcasters, authors, television and radio personalities, actors and sports celebrities. She tailors her coaching to the client and combines accent reduction with public speaking and business writing coaching or building confidence.  Lisa is a former Captain in the US Air Force.  As a young lieutenant in Media relations, Lisa coached Air Force generals how to respond to difficult media interviews. As a Rotary International Ambassadorial

two sounds correctly, except with the consonant "L". 'Little' always comes out 'leetle', no matter how hard she tried. I asked her to say the word sick. And brick. She could say them! She could also say the word 'lily' correctly. So her practice sentence was **"The rich bitch has little lilies."**

Then we usually laugh. Can you picture the rich bitch on the beach with her bouquet of little lilies? If you've been to South Beach, you may have seen her. (But make sure you say BEACH!)

*¹ Lisa Jeffery, MBA, MA teaches Advanced Business English for FIU's International MBA program, and Communication at Barry University. She provides corporate training programs and private executive coaching in accent reduction and public speaking skills. Her clients primarily fall into three groups: television personalities, lawyers, and financial advisors & CEOs.*

*If you are interested in Accent Reduction coaching or training, contact Lisa at www.lisajeffery.com for a free consultation.*

Posted by Lisa Jeffery at 11:11 PM

Reactions:

## No comments:

Post a Comment

## Links to this post

Create a Link

---

| Newer Post | Home | Older Post |
|---|---|---|

Subscribe to: Post Comments (Atom)

---

Scholar in the Principality of Monaco, Lisa presented speeches in French all over France and Monaco.
Lisa holds a Bachelors degree in Speech Communication and Journalism from Chaminade University of Honolulu, a Masters Degree in Communication from European University, and a MBA in International Marketing from the International University of Monaco. Lisa teaches Advanced Business English at FIU International MBA program. Her university courses include Public Speaking, Voice & Articulation, Interpersonal Communication, Communication Theory and Persuasion.  Lisa Jeffery is a certified Compton P-ESL (Pronunciation English as a Second Language) trainer in which she utilizes proven scientific assessments and methods to help adult clients change their regional and Foreign Accents.  Lisa has presented speeches all over the word in English and French.

View my complete profile

### Accent Reduction Miami® Free Meetup Group: Meet Friends and Practice English!

 Accent Reduction Miami

### Blog Archive

► 2012 (3)
► 2011 (3)
► 2010 (9)
▼ 2009 (3)
  ▼ 08/23 - 08/30 (1)
    Accent Reduction Nightmare: The "Beach/Bitch" Pro...
  ► 02/01 - 02/08 (1)
  ► 01/04 - 01/11 (1)
► 2008 (3)

### Good Links for Accent Reduction

Lisa's Tips on Communication

The Color Vowel Chart

A Fun Resource to Improve Your English

Vocal Variety and Intonation in English

### Pages

Case 1:13-cv-20747-KMM   Document 1   Entered on FLSD Docket 03/01/2013   Page 46 of 97

Home

**Total Pageviews**

7,064

**Presented by the Speech and Accent Academy**

*Speech & Accent*

**Free Accent Reduction Consultation**

For a Free 30-minute Accent Reduction consultation:
Contact: Miami Accent Reduction Coach, Lisa Jeffery, MBA, MA

http://www.accentreductionmiami.com

**Coaching, Keynotes, and Training**:
Accent Reduction, Voice and Articulation, Public Speaking, Overcome Anxiety, Building Confidence & Self Esteem, Interpersonal Communication, Business Communication, and Media Training.



+1   Recommend this

**Lisa Jeffery's Videos**

powered by
You Tube

**LinkedIn**

Linked in profile

**Facebook**

Accent Reduction Miami

facebook

*Miami*

Accent Reduction Miami

None

47

Promote Your Page Too

Blogger

**Follow by Email**

Em

**Subscribe**

🔊 Posts

🔊 Comments

**Copyright**



This work is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License.

© Copyright Lisa Jeffery, 2011 ALL RIGHTS RESERVED. . Awesome Inc. template. Powered by Blogger.

Share    0    More    Next Blog»                                    lisajeffe@gmail.com   New Post   Design   Sign Out

# Accent Reduction Miami ®

**Helping You Speak With Precision, Elegance and Influence... Classes, Coaching and Networking**

Tuesday, July 13, 2010

## A Gold Mine of Accents for Actors!

Are you an actor trying to master an accent for an audition?  Are you wishing you could just click on a button on the computer and hear every accent there is around the world?  Here it is!  Your dream come true!

I couldn't believe I found this:  A Linguist's Dream, The Speech Accent Archive.  It was created by George Mason University.

I had so much fun listening to Yiddish, French, Minnesota, Alabama accents and New Jersey accents.  I couldn't stop, I was rolling on the floor laughing.  They are all recorded by native speakers of places like Memphis and Madagascar!  This is the real thing, and they were all reading the following sentence:

> *"Please call Stella. Ask her to bring these things with her from the store:*
> *Six spoons of fresh snow peas, five thick slabs of blue cheese,*
> *and maybe a snack for her brother Bob.*
> *We also need a small plastic snake and a big toy frog for the kids.*
> *She can scoop these things into three red bags,*
> *and we will go meet her Wednesday at the train station."*

It is a *thorough* compilation of English accents online. You can even make your own recording if you have an accent.  In addition to audio samples of each accent, the Speech Accent Archive keeps track of biographical and regional data. Each clip has a readout of the sample paragraph next to the phonetic transcription.  *WOW!*

*For every accent, it also has a list of  linguistic distinctions for the accent.  For Example, I listened to the Greek accent.  It described the consonant vowel and syllabic mistakes.  With a little practice you can begin to master any accent, and you don't even have to go there!*

This relatively simple idea has provided a structure for a unique set of data. In addition to being a fun site to casually explore, it provides a resource for speech pathologists, actors learning an accent or even engineers training speech recognition machines. If that wasn't enough, all the files are released under a Creative Commons License.  You can use them!

Have fun!  It iz zee best zing vee have fun!

Posted by Lisa Jeffery at 4:54 AM    
Reactions:

## 2 comments:

 **electric** **said...**

i read your blog on the speech accent archive. thanks for the positive response. i am the creator of the archive.

–steven weinberger
george mason university

July 16, 2010 3:09 PM

 **Lisa Jeffery, MBA, MA said...**

Steven,
Thank you so much for commenting! I am so impressed that you are the creator of the Speech Accent Archive! It is the most brilliant thing I have ever found! I work with actors who try to master a certain accent. Your archive has so many accents, and they are so authentic! I really enjoy it. Thank you! Lisa Jeffery

**Accent Reduction Miami®**



**Followers**



**About Me**

**Lisa Jeffery**

**Educator, Speaker, Executive Coach:**
Lisa Jeffery, MBA, MA is a speech and accent coach in Miami and the creator of Accent Reduction Miami and the Speech & Accent Academy. Lisa coaches top executives at Fortune 500 companies, actors, lawyers, broadcasters and financial advisers. With 29 years international experience in nine countries. she offers executive coaching, seminars, and lively keynote addresses in America and Europe.Her clients include the NBC Nightly News, Today Show, Burger King, DHL, UPS, Merrill Lynch, Lloyds Bank, Citibank, Friends of the Israeli Defense Forces, William Morris Agency, Univision, & Telemundo. Lisa coaches CEOs, top corporate executives, lawyers, financial advisers, actors, broadcasters, authors, television and radio personalities, actors and sports celebrities. She tailors her coaching to the client and combines accent reduction with public speaking and business writing coaching or building confidence.  Lisa is a former Captain in



July 21, 2011 4:11 AM

Post a Comment

## Links to this post

Create a Link

| Newer Post | Home | Older Post |
|---|---|---|

Subscribe to: Post Comments (Atom)

the US Air Force. As a young lieutenant in Media relations, Lisa coached Air Force generals how to respond to difficult media interviews. As a Rotary International Ambassadorial Scholar in the Principality of Monaco, Lisa presented speeches in French all over France and Monaco.
Lisa holds a Bachelors degree in Speech Communication and Journalism from Chaminade University of Honolulu, a Masters Degree in Communication from European University, and a MBA in International Marketing from the International University of Monaco. Lisa teaches Advanced Business English at FIU International MBA program. Her university courses include Public Speaking, Voice & Articulation, Interpersonal Communication, Communication Theory and Persuasion. Lisa Jeffery is a certified Compton P-ESL (Pronunciation English as a Second Language) trainer in which she utilizes proven scientific assessments and methods to help adult clients change their regional and Foreign Accents. Lisa has presented speeches all over the word in English and French.

View my complete profile

**Accent Reduction Miami® Free Meetup Group: Meet Friends and Practice English!**

 Accent Reduction Miami

**Blog Archive**

► 2012 (3)
► 2011 (3)
▼ 2010 (9)
  ► 08/15 - 08/22 (1)
  ▼ 07/11 - 07/18 (1)
    A Gold Mine of Accents for Actors!
  ► 06/27 - 07/04 (1)
  ► 06/06 - 06/13 (1)
  ► 05/30 - 06/06 (1)
  ► 03/14 - 03/21 (1)
  ► 02/14 - 02/21 (1)
  ► 02/07 - 02/14 (1)
  ► 01/31 - 02/07 (1)
► 2009 (3)
► 2008 (3)

Case 1:13-cv-20747-KMM   Document 1   Entered on FLSD Docket 03/01/2013   Page 50 of 97

**Good Links for Accent Reduction**

Lisa's Tips on Communication

The Color Vowel Chart

A Fun Resource to Improve Your English

Vocal Variety and Intonation in English

**Pages**

Home

**Total Pageviews**

**Presented by the Speech and Accent Academy**

*Speech & Accent*
ACADEMY

**Free Accent Reduction Consultation**

For a Free 30-minute Accent Reduction consultation:
Contact: Miami Accent Reduction Coach, Lisa Jeffery, MBA, MA

http://www.accentreductionmiami.com

Coaching, Keynotes, and Training:
Accent Reduction, Voice and Articulation, Public Speaking, Overcome Anxiety, Building Confidence & Self Esteem, Interpersonal Communication, Business Communication, and Media Training.

+1  Recommend this

**LinkedIn**

Linked in profile



**Lisa Jeffery's Videos**

powered by
You Tube

**Facebook**

Accent Reduction Miami

**facebook**

*Miami*

Name:
Accent Reduction Miami
Status:
None
Fans:
47

Promote Your Page Too



## Subscribe

- Posts
- Comments

## Copyright



This work is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License.

© Copyright Lisa Jeffery, 2011 ALL RIGHTS RESERVED. . Awesome Inc. template. Powered by Blogger.

# Accent Reduction Classes at FIU Kovens Conference Center, Miami - Miami - kovens conference center miami



What are you looking for?     Search

Post a Free Ad
| English
Sign in or Register | My OLX My Classifieds
Previous

Back to Results > Home > Classes > Language Classes

Sponsored Links

- *Sponsored Links*
  Public Speaking Tips will
  **End your fear of public speaking proven met**
  www.UndoItYourself.com
- *Sponsored Links*
  Online Nursing Program
  **Earn an Online Degree in Nursing w/ Americ**
  AmericanSentinel.edu/Nursing
- *Sponsored Links*
  Speech Therapy
  **Occupational & Speech Therapy English, Spa**
  www.alfanocenter.com

Accent Reduction Classes at FIU Kovens Conferen
Favorite



Accent Reduction, Miami Style



- 
- 
- 
- 
- 
- 
-

- 
- 
- 
- 
- 



**04 May 2008**
Date Posted

## Ad details

**Accent Reduction** classes at **FIU Kovens Conference Center**, **Miami**

**Accent Reduction Workshops**
Half-day workshops for Accent Reduction and Articulation This summer, 2010

*What was that?  Can you please repeat that?  Huh?*
If these phrases sound familiar it might be that those around are having a difficult time understanding what you are saying.  Perhaps it is that English may not be your native language, or if it is, you may be used to speaking in a very casual style that is distracting and does not translate well, especially in public and professional settings.

The lively and interactive Accent Reduction Workshops will help you:

- Identify and correct **articulation deficiencies**.
- Address concerns regarding speaking **too fast, pitch, loudness,** and **accent reduction**.
- Improve speech **rate, tone, pitch, volume,** and **enunciation**.
- Become more articulate and **influential** in your speech.
- Improve **confidence** and **credibility** when speaking.
- Feel less anxious about interviews, **public speaking** and presentations.
- Develop **speech tools** that could prepare you for better jobs, careers and sales.
- Improve the way you speak to get more **successful results** through better communication.

The course is taught by Lisa Jeffery, MBA, MA, a motivational speaker, former broadcaster, coach and educator who has taught thousands of people in communication skills, public speaking and accent reduction.

Saturdays, 1-5 p.m.
June 19,  July 17, and August 14
Fridays:  Morning (8:30 - 12:30) or Afternoon (1-5)

Cost is $169.99 per person for 1 workshop
10% discount for 3 workshops:  $458.99

At the **FIU Kovens Conference Center,**
3000 NE 151 Street,
North Miami - Free Parking on site.
To register, click here
For more info:  (305) 395-5253

Add to favorites

- Go to favorites
- Remove from favorites

Share this Ad
Flag as Scam
accentreductionmiami

- Miami, Florida, United States
- User's other ads
- **3053955253**

Reply to this Ad
Previous
Sponsored Links

- *Sponsored Links*
  AIU® Online

Accent Reduction Classes at FIU Kovens Conference Center, Miami ...          http://miami.olx.com/accent-reduction-classes-at-fiu-kovens-conferen...

Earn Your Accounting Degree at AIU. 100% Online-Apply Now & Start 1/7.
www.AIUSchools.com/Accounting
- *Sponsored Links*
University of Phoenix®
Official Site. College Degrees for the Real World. Learn More Today.
Phoenix.edu
- *Sponsored Links*
Effective Presentations
Business Communications Program For Speaking and Presentations From UM
www.miami.edu/yourbusiness
- *Sponsored Links*
Masters in Teaching
Earn Your Teaching Degree Online Find The Right College & Course
www.DegreePrime.com/Teaching
- *Sponsored Links*
Online College Courses
Personal - Supported - Online. Apply For Our January 14th Term.
IvyBridge.Tiffin.Edu

JBC LANGUAGE SCHOOL, FORT LEE, NEW JERSEY U.S.A. English Tutor: UCLA Graduate and ESL Teacher
**Related Searches:** Find Motorcycles Sales in New York | Learn French in Phoenix | Motorcycle For Sale | Learn Vietnamese in New York

United States > Florida > Miami

Free classifieds in United States > Classes in United States > Classes in Florida > Classes in Miami > kovens conference center miami

Language Classes in United States > Language Classes in Florida > Language Classes in Miami > Accent Reduction Classes at FIU Kovens Conference Center, Miami

Popular Searches


close

**Useful Information**

- Help
- About OLX
- Terms Of Use
- Contact OLX

**OLX Features**

- Sponsored Links
- Featured Ads
- How to Partner with OLX
- Tools & Widgets
- Post a Free Classified Ad

**OLX Close to you**

- Browse Cities
- Sitemap

**Stay Connected**

- OLX Mobile
- Facebook
- Twitter

**Miami** Free classifieds   -   Copyright © 2006-2012 OLX, Inc.

# Accent Reduction Summer Classes, FIU Kovens Center - Miami english for to listen and to learn

accentreduction

Miami, Flo
United Sta
• User's othe
• 305395525

Reply to this Ad



What are you looking for?      Search

Post a Free Ad
| English
Sign in or Register | My OLX My Classifieds
Previous Next

Back to Results > Home > Classes > Language Classes

Sponsored Links

- *Sponsored Links*
  Speech Therapy
  Occupational & Speech Therapy English, Spanish & Sign Language
  www.alfanocenter.com
- *Sponsored Links*
  AIU® Online
  Start Jan. 7th, Graduate
  www.AIUSchools.com
- *Sponsored Links*
  Become A Nurse In Fl
  Apply To Our Nursing
  www.Chamberlain.edu



Accent Reduction Summer C
Favorite

Accent Reduction, Miami Style



- 
- 
- 
- 
- 
- 
-



accentreduction

- Miami, Fle
  United Sta
- User's othe
- 30539552

**28 Jun 2010**
Date Posted

Reply to this Ad

## Ad details

Does your accent hold you back? Heavy accents, slurred speech or talking too fast can cause listeners to become prejudiced. It's not just speech; it's the listeners' ears. So if you speak with an accent, you have to speak clearer and better. You have to articulate. You can learn techniques to correct your errors and change your speech habits, so people can become more interested in what you are saying instead of how you are saying it. You will get an assessment on your problems sounds, and learn techniques to change your speech. English classes are not enough! Speech and Accent Classes help you to SPEAK English better! *Also great for people with regional American accents!*

### Small Classes this summer at FIU by accent reduction expert:

**Saturday Classes:** July 17, August 14, September 18, October 16

Lisa Jeffery, MBA, MA teaches Advanced Business English at FIU International MBA program; and teaches Speech and Voice & Articulation at Barry University.

Website: www.accentreductionmiami.com.
Blog: www.accentreductionmiami.blogspot.com
Meetup Group: www.meetup.com/accentreductionmiami

Register now for Accent Reduction workshops this summer at FIU Kovens Conference Center. Email: lisa@accentreductionmiami.com or Call 305 395-5253.

Add to favorites

- Go to favorites
- Remove from favorites

Share this Ad
Flag as Scam
Previous Next
Sponsored Links

- *Sponsored Links*
  Take Classes - Online
  It's Not Too Late To Start. Apply Now To Begin Classes Jan 14th
  IvyBridge.Tiffin.Edu/Online
- *Sponsored Links*
  2012 Classes Near You
  See 2012 Classes Online & Near You. Enter Zip & Find Local Schools Now!
  Classes.CampusCorner.com
- *Sponsored Links*
  ESL Teaching Schools
  Earn Your Teaching Degree in ESL. Search For Accredited Schools Now!
  www.CompareTopSchools.com
- *Sponsored Links*
  English Speaking Lessons
  Video/Audio English Class w Cert Completely Free -Start Course Now !
  www.alison.com/English-Speaking
- *Sponsored Links*
  Tutoring For Reading
  Highly Effective Tutoring Available Online. Learn More Today!
  www.tutoringforreading.com

Improve English Conversation Skills with Native English Speaker intercambio espanol bien educado por ingles
**Related Searches:** Buy Motorcycles in Atlanta | Language Course in Portland | Learn A New Language in Atlanta | Learn Spanish Language in Chicago | english for to listen and to learn

Photos: Pictures of Accent Reduction Summer Classes, FIU Kovens Center

Accent Reduction Summer Classes / FIU Owens Center Miami - http://miami.olx.com...accentreduction...

United States > Florida > Miami

accentreduction:

Free classifieds in United States > Classes in United States > Classes in Florida > Classes in Miami > english for to listen and to learn
- Miami, Florida, United States

Language Classes in United States > Language Classes in Florida > Language Classes in Miami > Accent Reduction Summer Classes, FIU Owens Center
- FIU, Korean...
- 305395552

Popular Searches

Reply to this Ad

close

Useful Information

- Help
- About OLX
- Terms Of Use
- Contact OLX

OLX Features

- Sponsored Links
- Featured Ads
- How to Partner with OLX
- Tools & Widgets
- Post a Free Classified Ad

OLX Close to you

- Browse Cities
- Sitemap

Stay Connected

- OLX Mobile
- Facebook
- Twitter

**Miami** Free classifieds  -  Copyright © 2006-2012 OLX, Inc.

accent reduction miami - Google Search                                    https://www.google.com/search?q=accent+reduction+miami&ie=utf...

+Lisa    Search    Images    Maps    Play    YouTube    News    Gmail    Drive    Calendar    More

GOOGLE        accent reduction miami                    Lisa Jeffery  0    Share  

Web    Images    Maps    Shopping    More ▾    Search tools

Page 2 of about 60,500 results (0.40 seconds)

Ads related to accent reduction miami

**Accent Reduction Training - Onsite Classes for Professionals**
www.eltlearn.com/
Customized, Efficient & Flexible.

**Accent Reduction Software - PronunciationWorkshop.com**
www.pronunciationworkshop.com/Trial
Fast Results w/ Speech Pathologist. Live Classes.Get started for $9.95!

**Speak like an American - testden.com**
www.testden.com/
3 hr DVD, online course & 1.5 hr private lesson. Join now, only $99
🕙 View this ad's deal - valid as of yesterday

**University of Miami Continuing Education: ENGLISH - ACCENT ...**
continue.miami.edu/en/coursedetail.aspx?c=57
The primary goal is to introduce the advanced student to practical pronunciation
techniques and exercises that will result in a reduction of the accent. The class ...

**Accent Reduction - Rennert Language School USA**
rennert.language-school-usa.../accent-reduction-course.h...
**Accent Reduction** - Executive Courses - English Courses - Rennert New York &
**Miami**. Learn English in New York and **Miami**. Learn English in USA; Check ...

**Accent Reduction - Accent Reduction & Tutoring Academy - Los ...**
www.relaxandspeak.com/
**Accent reduction**, American pronunciation, American accent training Learn American
pronunciation, **accent** reduction training, Dialect reduction courses and ...
You've visited this page 2 times. Last visit: 6/21/10

**Articles about Accent Reduction - Sun Sentinel**
articles.sun-sentinel.com › Collections
Pineiro found the solution at **Miami**-Dade Community College's **Accent Reduction**
Workshop. Now the two women who teach the successful workshops have ...

**Accent Reduction Miami | miami.com**
www.miami.com/accent-reduction-miami
Find out more on Miami.com. ... Submitted by Accenreductionmiami on Sat, 06/05/2010
- 00:02. **Accent Reduction Miami** is the best ... **Accent Reduction Miami** ...

**Accent Reduction Summer Workshops at FIU Kovens ... - Miami.com**
www.miami.com/accent-reduction-summer-workshops-at-fiu-...
Submitted by Accenreductionmiami on Mon, 06/07/2010 - 22:44. Does Your ...
**Accent Reduction** Summer Workshops at FIU Kovens Conference Center, **Miami** ...

**Lisa Jeffery's Speech and Accent Academy - Home**
www.speechandaccentacademy.com/
Lisa Jeffery and the Speech and Accent Academy can help you learn the skills you
need to ... Programs can be separate or combined in **Accent Reduction** and
Articulation, Public ... Address: 11890 S.W. 8th St. Suite 511, **Miami**, FL 33184 ...
You visited this page on 9/28/12.

**Jeffery Communications, Speech and Accent Academy™ & Accent ...**
www.bloglines.com › Florida › Miami
Jun 9, 2010 – Coaching Speech and **Accent Reduction** in **Miami** since 1998. Lisa
Jeffery, MBA, MA is a communication and **accent** reduction expert. She is ...

**Twitter / ReduceAccents: Accent Reduction Miami™ 2012 ...**
twitter.com/ReduceAccents/status/200989877679034368
**Accent Reduction Miami™** 2012 Summer Classes: 5/12, 6/9, 7/14, 8/11. Small
Groups, Assessments, Workbook & Practice! http://tinyurl.com/cyl94l2 ...

Case 1:13-cv-20747-KMM   Document 1   Entered on FLSD Docket 03/01/2013   Page 59 of 97

**Accent-Reduction Course | CCLS – Cultural Center for Language ...**
www.cclscorp.com/special-programs/accent-reduction-course/
The **Accent-Reduction** Course consists of two independent modules of 30 hours each administered in individual classes. ... 3191 Coral Way, **Miami**, FL 33145 ...

Ads related to **accent reduction miami**

**English Accent Reduction**
www.amazon.com/
       1,575 reviews for amazon.com
Buy english **accent reduction** at Amazon! Qualified orders over $25 ship free

**Reduce accent**
www.accentpros.com/
Speak Better English Online **Accent Reduction** Classes
Services - Programs - Contact Us - Free Accent Screening

**American Accent Training**
www.lanartco.com/accent
Gain verbal confidence and improve your business interactions.

**Searches related to accent reduction miami**
accent reduction miami **dade college**
accent reduction miami members
accent reduction **classes in** miami
**fiu kovens conference center** miami
**jeffery communications speech and accent academy**
**english** accent reduction **classes** miami
accent reduction **software**
accent reduction **broward**

Previous        1 **2** 3  4  5  6  7  8  9  10        Next

Advanced search     Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google



Hello :)     Log in     Sign up

Submitted by Accenreductionmiami (/user/accenreductionmiami) on Sat, 06/05/2010 00:02



Advanced Search

Search



### Sign up for our weekend guide

Enter email address



Recommendations

'This is 40' (R)
13 people recommended this.

Miami.com and The Stage present Suenalo this Friday
26 people recommended this.

The Flat takes over former Cozy space South of Fifth as a pre-party spot with tapas, cocktails
14 people recommended this.

Facebook social plugin

Case 1:13-cv-20747-KMM    Document 1    Entered on FLSD Docket 03/01/2013    Page 61 of 97



Hello :)    Log in    Sign up

Submitted by Accenreductionmiami (/user/accenreductionmiami) on Sat, 06/05/2010 - 00:02

Advanced Search    [Search]



## Sign up for our weekend guide

Enter email address

[Sign Up]

### Recommendations



'This is 40' (R)
13 people recommended this.

Miami.com and The Stage present Suenalo this Friday
26 people recommended this.

The Flat takes over former Cozy space South of Fifth as a pre-party spot with tapas, cocktails
14 people recommended this.

Facebook social plugin

Case 1:13-cv-20747-KMM   Document 1   Entered on FLSD Docket 03/01/2013   Page 62 of 97

1 photo
Activity on Sep 10, 2008



**Miami Accent
Reduction Meetup
Networking Meeting**
2 photos
Activity on May 22, 2008

# Photos

## Sort by:

Activity    Created



**Accent Reduction Miami Meetup.com march 2009 Meetup**
2 photos
Activity on Apr 1, 2009



**Accent Reduction Miami Meetups**
4 photos
Activity on Feb 22, 2009



**October 2008 Meetup**
2 photos
Activity on Oct 18, 2008



**September Meetup**

Case 1:13-cv-20747-KMM Document 1 Entered on FLSD Docket 03/01/2013 Page 64 of 97

1 photo
Activity on Oct 22, 2011



**Accent Reduction Miami – Free Saturday Meetup**
2 photos
Activity on Jul 24, 2011



**Accent Reduction Miami – July 2011 Meetup**
2 photos
Activity on Jul 18, 2011



**April 2010 Accent Reduction Miami Monthly Meetup**
1 photo
Activity on Jun 27, 2010



**Accent Reduction Miami – June Regular Meetup**
1 photo

Case 1:13-cv-20747-KMM   Document 4   Entered on FLSD Docket 03/01/2013   Page 65 of 97

**Free Movie at Brickell Plaza. This Month's Movie: ET!**

4 photos

Activity on Oct 31, 2012



**Let's Meetup at Jazz at MOCA, August 31st at 7:00**

2 photos

Activity on Sep 14, 2012



**Accent Reduction Miami: Monthly Classes at the Speech and Academy**

1 photo

Activity on Jun 26, 2012



**Accent Reduction Miami - Free Saturday Meetup**

1 photo

Activity on Jun 24, 2012



All Photos - Accent Reduction Miami (Document Meetup) Entered on FLSD Docket 03/01/2013... Page 66 of 97 ...so...

Case 1:13-cv-20747-KMM (Document Meetup) Entered on FLSD Docket 03/01/2013 Page 66 of 97

**Accent Reduction Miami – Free Saturday Meetup**
3 photos
Activity on May 29, 2012



**Accent Reduction Miami – Free Saturday Meetup**
1 photo
Activity on May 26, 2012



**Accent Reduction Miami – Free Saturday Meetup**
1 photo
Activity on Feb 2, 2012



**Accent Reduction Miami – Free Saturday Meetup**
1 photo
Activity on Feb 2, 2012



**Accent Reduction Miami – Free Saturday Meetup**

Case 1:13-cv-20747-KMM   Document 1   Entered on FLSD Docket 03/01/2013   Page 67 of 97

Activity on Jun 12, 2010



**Accent Reduction Miami Meetup March 2010**
2 photos
Activity on Mar 20, 2010



**Accent Reduction Miami February 2010 Meetup**
1 photo
Activity on Feb 21, 2010



**Accent Reduction Miami Jan. 2010**
2 photos
Activity on Feb 21, 2010



**June 2009 Accent Reduction Meetup**
1 photo
Activity on Jun 8, 2009

# Photos

### Sort by:

Activity    Created



**Accent Reduction Miami Christmas Party with Guest Speaker, Alberto Sardinas**
13 photos
Activity on Dec 16, 2012



**Let's Meetup at the Miami Book Fair for our November, 2012 Meetup!**
4 photos
Activity on Nov 18, 2012



**Meetup Photo Album**
26 photos
Activity on Nov 12, 2012



**Let's Meetup at the**

# EXHIBIT 4

NDAY, JANUARY 20, 2013

SOUTH FLORIDA

# SunSentinel

BROWARD COUNTY EDITION » $2

SunSentinel.com
Mobile.SunSentinel.com

SAVE
UP TO

$288
IN COUPONS

## runch time

South Florida's favorite varieties and the Girl Scout who has brought you the most of them. **Lifestyle, 1G**

Dig ling, thanks to a top chef

Cav in Dania Beach pleases the palate. **Lifestyle, 3G**

GO!

**Singing her way to stardom**

Pompano country singer Jess Taylor is doing what she wants to do. **8D**

ONLINE

**Panthers open season**

For game results, videos and photos, go to Sun Sentinel.com /Panthers

... will be among the announcers who ... will be among the announcers who

Scheduling

EA...
ligh: 80
Low: 67
recast: 80

DEX
inion .... /cA
ituaries ..cB
.. 8D

By Brittany Wallman
Staff writer

Some of Broward's most magnificent pieces of public art are hidden from public view.

A striking collection of nature prints by famed photographer Clyde Butcher, acquired with public funds, hangs behind locked doors in the airport administrative offices, far from the airport, in Dania Beach.

"Viewing is by appointment only," the county advises on its website, offering no contact information.

Added to the county's art collection years ago, the prints have been viewed over the years mostly by top aviation officials and their office guests.

See ART, 15A

# Have a heavy accent? These classes may help

By Johnny Diaz
Staff writer

Excuse me, can you repeat that?

It's a question many non-native English speakers with noticeable accents hear in everyday professional and social situations in South Florida.

So they've turned to accent-reduction classes, which have sprung up in recent years to help them speak English more clearly. Some local instructors say they've been seeing an increase in demand from people who simply want to be better understood.

Por que? In a down economy, clearer English gives non-native speakers an edge in the workplace.

"The main driver is the economy and there is more competition for the jobs that are there," said Victori[a] Navarrete, an administrato[r] and instructor at the Inten[sive] English Institute a[t] Florida Atlantic Universit[y] in Boca Raton, where [a] weekly three-hour accen[t] reduction class begins Ja[n]

See ACCENTS, 15

DAMN
Yankees
Stage Door Theatre (

We reach more than 2 million people every week
SunSentinel.com

shelters or the Emergency Operations Center, also viewable by appointment only.

where he's planning a 20th anniversary celebration over President's Day weekend Feb. 16-18.

be seen by as many people as possible.

"I'd love to have them in the airport themselves," he said.

# ACCENTS
Continued from **Page 1A**

26. Last year, the course had more applicants than spots and instructors had to turn folks away.

"People want to make sure that they don't have any reason to be let go and they want to be at the peak of their abilities and be able to express their abilities," she added.

These accent-reduction seekers tend to have strong Spanish, Caribbean or European accents. They're also getting help from Florida International University, Broward College and private coaches. Accent reduction will be a key focus of Broward College's new global language center when it launches this June.

There's also a free monthly gathering called Accent Reduction Miami Meet-Up, which will have its next gathering Sunday at the Wolfsonian Museum in Miami Beach. In all, the group has 523 members from Palm Beach to Miami-Dade counties.

It's not that they are ashamed. They just want to be better understood.

"I am Mexican and I don't want to get rid of my accent," said Humberto Mendoza, a senior director at Deutsche Post DHL Group in Plantation. Although he can read and write well in English, he wanted to improve his English pronunciation for business purposes. "I wanted to pronounce the words properly."

Some students are business professionals who believe their accent may keep them from advancing in their careers. They say they don't want their accents to be distractions during conference calls or business meetings with native English speakers. One study from 2010 in Chicago found that Americans who speak with accents tend to be viewed as less credible than native speakers.

Students at FAU have been business professionals



MICHAEL LAUGHLIN/STAFF PHOTOGRAPHER

"It's chic now, accent-reduction classes," says Lisa Jeffery, who teaches at Florida International University and through her business, Speech and Accent Academy in Miami.

and blue-collar workers, including women, who run their own cleaning businesses and Eastern Europeans preparing to work as nannies.

Other local students are Spanish-language TV broadcasters including Maria Celeste-Arraras of Telemundo Media and actors such as Southwest Ranches resident and telenovela heartthrob William Levy.

Some have learned English in their native countries where instructors spoke English with accents and may have mispronounced words.

The Oscar-winning movie "The King's Speech," which chronicled King George VI as he sought speech lessons to help him control his stammer, has also helped raise the awareness of the work of speech coaches.

"It's chic now, accent-reduction classes," said Lisa Jeffery, who teaches at FIU and privately through her business, Speech and Accent Academy in Miami. Jeffery, whose clients are from Palm Beach, Broward and Miami-Dade, coached three Israeli soldiers from the Friends of the Israel Defense Forces who were presenting speeches for a fundraiser in Boca Raton last week.

Jeffery said she has seen her business increase more than 10 percent in the past year.

"With the downturn of the economy, people get training when they don't have a job. They improve themselves to get a job."

But Jeffery doesn't like to call what she does accent reduction.

"I don't reduce accents. I teach people a new accent, which is standard American English," said Jeffery, as she sat in her office surrounded by some of her teaching tools. They include "Fred," a giant set of teeth with a rubber tongue, which she uses to show students how the tongue and jaw work for proper English speaking.

One of the more common issues among her students: pronouncing the "schwa" sound found in words such as Chicago. Spanish-speakers usually pronounce the windy city as "Chee-cago."

"In English, we don't touch the roof of the mouth. In English, the tongue goes back. We use the hinges of the jaw more. In Spanish, they don't open their mouth as much."

Her four key tips for students wanting to improve their English: Open your mouth when you speak English, stretch out your vowels, stress the conso-

nants at the end of a word and slow down. "English is spoken slowly."

Although Mendoza, the Plantation executive, still has his Mexican accent, he speaks English more slowly, and emphasizes his vowels and consonants more.

"I am more confident to speak up. I not only speak better, but I understand other people better," he said.

Ligia Houbin, a grief counselor and author from Nicaragua, would delete the endings of words that ended in consonants or she pronounced the letter "n" as "m" in words such as homework.

Houbin met up with Jeffery each week for 90 minute sessions last year. Another issue: She was thinking in Spanish when speaking in English.

"Sometimes when we translate from Spanish to English, we may carry on the way we speak in Spanish."

Now Houbin catches herself when she mispronounces a word. Still, she doesn't want to be completely accentless.

"It's a work in progress. It's not that I want to let go of the accent. I want to improve it."

*johnnydiaz@tribune.com or 954-356-4939*

# Coaching Clients in Accent Reduction and Public Speaking

*by* Fred Sylvain | *on* December 17, 2012

## Interested in Accent Reduction? 0



Today I want to introduce you to my friend Lisa. She is a very intelligent, vivacious person with a vision to help people improve their live   Tweet

## Educator, Speaker, Executive Coach:

Lisa Jeffery, MBA, MA is a speech and accent coach in Miami and the creator of **Accent Reduction Miami** and the Speech & Accent Academy. Lisa coaches top executives at Fortune 500 companies, actors, lawyers, broadcasters and financial advisers.  With 29 years international experience in nine countries, she offers executive coaching, seminars, and lively keynote addresses in America and Europe. Her clients include the NBC Nightly News, Today Show, Burger King, DHL, UPS, Merrill Lynch, Lloyds Bank, Citibank, Friends of the Israeli Defense Forces, William Morris Agency, Univision, & Telemundo. Lisa coaches CEOs, top corporate executives, lawyers, financial advisers, actors, broadcasters, authors, television and radio personalities, actors and sports celebrities. She tailors her coaching to the client and combines accent reduction with public speaking and business writing coaching or building confidence.

## MY RECENT BLOG POSTS

Getting Clear On Your Vision

Rich Dad, Poor Dad: A Book You Must Read to Your Children

Florida hit by "tsunami" of tax identity theft cases



## Accent Reduction Miami Speech Coaches Alicia Harris and Lisa Jeffery

Lisa is a former Captain in the US Air Force. As a young lieutenant in Media relations, Lisa coached Air Force generals how to respond to difficult media interviews. As a Rotary International Ambassadorial Scholar in the Principality of Monaco, Lisa presented speeches in French all over France and Monaco.



Lisa holds a Bachelors degree in Speech Communication and Journalism from Chaminade University of Honolulu, a Masters Degree in Communication from European University, and a MBA in International Marketing from the International University of Monaco. Lisa teaches Advanced Business English at FIU International MBA program. Her university courses include Public Speaking, Voice & Articulation, Interpersonal Communication, Communication Theory and Persuasion. Lisa Jeffery is a certified Compton P-ESL (Pronunciation English as a Second Language) trainer in which she utilizes proven scientific assessments and methods to help adult clients change their regional and Foreign Accents.

Speech Coach Lisa Jeffery and Radio Celebrity Alberto Sardinas

### Group classes in Accent Reduction

Lisa has presented speeches all over the word in English and French. Her company, Accent Reduction Miami offers group classes and private coaching at the Speech and Accent Academy. A free group on meetup.com meets once a month for networking events; tips on how to improve your English and presentation skills; and members go on adventures to restaurants, free concerts, movies, cultural events, book fair, lectures, and more.

### Read more... Accent Reduction Miami ®: Find a New Friend and Practice English Together

*If you enjoyed reading this post or if this information about accent reduction was helpful to you please leave a comment and share your thoughts.*

P.S. To Discover How 2 Ex-Homeless Guys Are Now Earning Over Six Figures A Month Using 3 "Weird" Tricks with a simple BLOGGING WEBSITE just like this one click here. <====

Sign up here for the Money Making Bloging Website! <===

**Shopping tip:** Looking for gift ideas? Don't go to Google. Go to Amazon.com instead. It's faster and you will get a better price most of the time.

**Shop Amazon – Most Wished For Items**

Pope Benedict XVI Will Resign Vatican Spokesman Says

Ten Tips to Help You Choose a Tax Preparer

Looking For Tax Information: Top 10 Ways to Get Help from IRS

Money doesn't buy happiness or does it?

7 Fitness Tips for Women

1040EZ, 1040A or 1040: Choosing Which Form to File

How to Get Backlinks by Way of Social Bookmarking

Why should I go the extra mile in a dog eat dog world?

Facebook Graph Search: Now Is the Time to Go Over Your Privacy Settings

Facebook Graph Search: How It Works

Basic business sense is the chief key to success in Internet Marketing.

Third anniversary of earthquake in Haiti

**LOOKING FOR AMAZING DEALS**

Digital Camera Deals







Coaching Clients in Accent Reduction and Public Speaking | Fred Sylvain's Empower Net...   Page 3 of 4

This entry was posted in Blogging, Empower Network, entrepreneur, Self-improvement, Writing

Tags: Accent Reduction, Amazon, Cameras, Coaching, Electronics, entrepreneur, Life Dreams, MP3, Public Speaking, Speech Coach, Vision, Writing

« Previous Post                                                          Next Post »



About The Author: Fred Sylvain

Internet Marketing Consultant - Full-charge Bookkeeper - 10+ years of full-cycle accounting experience – Certified QuickBooks® ProAdvisor – Very proficient in use of Accounting Software such as: QuickBooks®, Peachtree, DataPro, Champion, along with Database programs and Spreadsheets. Manager at Miami Bookkeepers.

**0 comments**

**Sign in**                                                     **1 person listening**

                                            



Sort: Newest | Oldest

Powered by Livefyre



See you at the Beach



  

## Company:



The Vision, The Corporate Team
*Badass Compensation*
**Want to work for us?**
Get Money Here.

## Products:

*World class training*, from people who __walk their talk,__ real **people getting results** in their marketing, *now*, and you can click here for proof.

## Support:



*Got Issues?* **Contact us.** You can put in a support ticket here, *and we'll answer your questions, live :*

Coaching Clients in Accent Reduction and Public Speaking | Fred Sylvain's Empower Net...   Page 4 of 4

If you have any billing questions please contact our billing support team Monday thru Friday 9am-5pm (EST) at 1-888-262-1934

**Simply Call: 1-888-262-1934**

Copyright © 2010-2012 Empower Network  Income Disclaimer | Terms & Conditions | Refund | Privacy | Contact Us | Support Desk | Member Login

Jerri's Empty Nest: Amazing Women Day Five

Share   4   More   Next Blog»                                    Create Blog   Sign In



Jerri's Empty Nest

Home      Money Makers





**Friday, February 1, 2013**

## Amazing Women Day Five

Let me tell you about a friend of mine.

Lisa is one of the most incredible women I know. She runs the Speech and Accent Academy in Miami, FL.

Do you have an accent you wish to reduce? She's your teacher. Do you have a speech approaching and need some feedback? She's your coach. Lisa is also your biggest cheerleader! There is nothing that gives her more pleasure than to see one of her students succeed.

Not in Miami? Lisa also helps students and clients over Skype. She also runs a community page for students called Accent Reduction Miami. If you need a coach for public speaking, there is no one better to help you achieve your goals.

To learn more about Lisa, check out her website here. You can also follow her on Facebook at the Speech and Accent Academy here and Accent Reduction Miami here.

Go! Learn! Enjoy!

Love,
Jerri

Posted by Jerrilynn Atherton at 01:00

+4  Recommend this on Google

Reactions:

## I comment:

  Lisa Jeffery February 1, 2013 at 6:36 PM

Thank you, Jerrilyn! That is so kind of you! You are so sweet, and amazing! Love you!

Reply

**Speech Therapy**
www.alfanocenter.com
Occupational & Speech
Therapy English, Spanish &
Sign Language


AdChoices ▷

Followers

Join this site
with Google Friend
Connect

Members (45)   More



Already a member? Sign in

Blog Archive

▼ 2013 (43)
  ▼ February (16)
     Expiration
       Dates
     Missing
       Books
     Happy
       Presiden
       ts' Day!!
     Black
       Russian



Comment as:  Select profile

[Publish]  [Preview]



Winning Streak

Happy Valentine's Day!!

To-Do Hell!

Laissez les bons temps rouler!!!

A Historical Moment

Death by Chocolate

Frugal Planning

Now and Then

Lists

Busy

Amazing Women Day Six

Amazing Women Day Five

▶ January (27)

▶ 2012 (278)

▶ 2011 (236)

**Pediatric Speech Therapy**

speechforsprouts.com/Speechthera...

Experienced **Speech** Services. Browse Our Site For More Info!

→

AdChoices ▷

Newer Post                Home                Older Post

Subscribe to  Post Comments (Atom)

**About Me**

Jerrilynn Atherton

View my complete profile

**Share it**

Share this on Facebook

Tweet this

View stats

:(NEW) Appointment gadget >>

**Like**

Jerri's Empty Nest

Like    4 people like this. Sign Up to see what your friends like.

**Support My Blog**

Thanks for your support

$ 5.00

Support

**Follow by Email**

Submit

Follow @JerrilynnA

**Subscribe To Jerri's Empty Nest**

Posts

Comments

**Networked Blogs**

NetworkedBlogs

Follow this blog



WE CATER
Freshly prepared lunch platters
for office meetings
★ PRET A MANGER ★
★ CLICK TO ORDER ★

Ethereal template. Powered by Blogger

# EXHIBIT 5

Improve Communication Skills, Effective Business Workplace, English Pronunciation, R...   Page 1 of 2

# Perez Apple & Company

**Training / Coaching / Assessment**

**Achieving Excellence in Workplace Communication™**

- Home Page
- About Us
- Services/Programs
- Workshops
- Success Stories
- FAQs
- Resources
- Contact Us

## Master Your English Speaking & Communication Skills

## Individuals:

- Improve my **pronunciation skills**
- Modify my **accent** to be more clearly understood and experience fewer misunderstandings
- Feel and act more confident when **speaking English**
- Develop **professional speaking skills** for meeting and presentations
- Present my ideas and expertise more effectively
- Interact with my co-workers more easily and successfully
- Improve my **written communication skills**
- Increase my ability to listen and understand fast-paced **American English**
- Use American idioms and situationally appropriate language
- Learn to communicate with language that is respectful of other cultures

Yes! This is what I want to achieve!

## Managers & Business Owners:

- Raise my employees' **oral English language proficiency**
- Reduce mistakes and time spent on miscommunication
- Help my team members speak up and contribute their ideas at meetings and in groups
- Support diversity and inclusion in the workplace with language that demonstrates **cultural awareness**
- Motivate my employees to use language easily and fluently to express themselves
- Have my employees write in a well-organized style that clearly communicates their purpose
- Raise my employees' performance with improved **communication skills**
- Enable my staff to be more credible representatives of the company's products and services
- Help retain my employees by developing **communication skills** for job advancement

- Make my employees feel valued and foster greater commitment and loyalty

Yes! This is what I need for my business!

**Communication Skills Q & A**

- What does improving your communication skills mean?
- What creates an accent?
- Is it possible to change my accent and other speech patterns?
- What can I expect from an accent improvement program?

More Top Questions

**Training & Coaching**

- Accent & Pronunciation
- Listening Skills
- Writing for Business
- Customized Programs


Get Training

**Success Stories/Testimonials**

"This is as good as training can get! Ms. Perez Apple showed me how to compensate for my native language interference (Mandarin) and speak more clearly. Now, they can understand everything I say on the telephone."

- Financial Analyst, investment firm

More Testimonials

Accent Reduction Miami  |  Business Communication Miami  |  English Pronunciation Coach Miami
|  English Pronunciation Improvement  |  English Pronunciation Improvment Miami  |  English
Pronunciation Workshop Miami  |  English Speaking Coach Miami  |  English Speaking Improvment
Miami  |  How To Improve English Pronunciation Miami  |  How To Improve English Speaking
Miami  |  Improve English Miami  |  Language Coach Miami  |  Learn English Pronunciation Miami  |
Learn English Speaking Miami



Powered by Link2City Inc

Copyright © 2009 Perez Apple & Company

| Home | Contact us | Privacy Policy | Terms Of Use |

Search: type, hit enter  🔍

# welcome to stopreadthink.info

## Tag Archives: accent reduction miami

### Tips on Improving Spoken Language

Posted by admin on April 12, 2012                                    Comments Off

Good spoken English could make you understood by others simpler while bad spoken Uk will cause frustration. And excellent spoken Uk also makes all the communication get more easily which will increase the relationship in between each other. There are some methods furnished here for you to achieve your goals of having excellent speaking skills.

The most important thing you must do is to make every term be pronounced in a correct and obvious way to be able to make your sentences be more obvious. Sometimes, misconception is a result of incorrect or even unclear diction. So, you must pay adequate attention to pronouncing every single syllable or term in a correct way. If you think your own pronunciation just isn't so good, a few practices will be good. You may follow the video clip to correct these people. And you can talk to your friends that speak beautiful English which will help you a lot. The greater you practice, the better you are going to do.

The next thing you must do is always to build your confidence in communicating. Mistakes is not avoided particularly during the process involving learning. And the most important point is not to be able to complain however learning some thing from them. No person can be perfect. Do not care too much around the incorrect diction or completely wrong grammar. It is extremely important for you to realize then correct these people rather than experience frustrated and also disappointed. Also, you can question some pals to help you uncover your wrong pronunciations.

During the chats, less idioms or even slang will improve because the individual you are contacting may not realize some of these idioms or even slang which may cause frustration. It is better to get making your sentences less in length and simple inside structure, your own listener can have clearer comprehension on what a person mean. Occasionally, a long phrase may demonstrate how you are fantastic in vocabularies, nevertheless the listeners could imagine so. They often do not want to waste their time on some thing in wreck. More often, appropriate speed and also intonation can make it natural and appropriate.

As we known, good spoken English requires more practice. If you want to have an overabundance of improvement on the speaking skills, you should spend more time on rehearsing which may be a little boring, but it will be very effective. And do experience ease and turn into more confident when you're talking. That you can do better and.

David Anderson have been a masterful coach for over Eighteen years & has writing expert ideas in learn english speaking miami in part of his affiliation with Creative Minds Team ,a new innovative team for developing people. Find out about his learn english speaking miami website to learn All about his english pronunciation workshop miami advice over the years.

Copyright © 2012 welcome to stopreadthink.info | Theme zBench | Powered by WordPress

---

RSS Feed

Search: type, hit enter          SEARCH

### Recent Posts

Wireless Appear Techniques — Boston Acoustics TVee Powered Soundbar Speaker System

Magiccute data recovery . . . Wiped Recovery

mitting to a~Using a~Employing} search engine optimization techniques Company Or Implement Website seo Alone?

Backlinks to your site ( blank ) Understand how Backlinks to your site Could ImproveYour Standing and produce More Visitors

The Very Best Wow Gold Guide

### Recent Comments

### Archives

April 2012
March 2012
February 2012
January 2012
December 2011

### Categories

Uncategorized

### Meta

Log in
Entries RSS
Comments RSS
WordPress.org

↑ Top

# My Blog

My Wordpress Blog

TAG ARCHIVES: ACCENT REDUCTION MIAMI

# How To Boost Spoken British – Boost your Listening Knowledge

Posted on December 27, 2011

If you can't determine what your partner is saying it might turn out to be a massive hindrance for the effectiveness of the interpersonal Language communication, while trying to figure out the best way to improve spoken English, it's not necassary to neglect this area. The speech is just too fast, or even the accent is just too strong — it is all an element of the same issue. So, yet again, you will need a step-by-step intend on solving the issue.

Figure out what exactly you don't recognize

Figuring out the issue is already 1 / 2 of the solution, as they say.

Do you not understand the composition of content, or does one not recognize plainly because you lack vocabulary? Or just you do not have comprehension of the particular culture that creates the jargon thrown at you to be noncitizen language?

It has an example of a film Fight Golf club, that I seen a long time ago throughout English, i didn't recognize a single thing in it. I arrived the subtitles but still had a hard time understanding it. Too slang-heavy, neat, bad-ass movie.

Fight Club has a deep meaning, as well, therefore there were lots of metaphors and it was hard to capture their definitions, but anyway.

I found themselves just not addressing the issue. But many years later, My partner and i

watched yet again some of it on YouTube and remarked that I have improved a lot throughout comprehending the meaning. If I make an effort to backtrack what exactly occurred and the fact that was conducive in order to my improvement, then it would possibly boil as a result of these many points

Expose yourself to various spoken along with written Language.

All We are doing is trying to backward engineer my personal results, so it's all very subjective, but for the heck of it, it probably works.

You have to commence listening a great a variety of Language. And a lot. And this includes written Language.

You have to commence listening to academics lectures, in order to cartoons, in order to movies along with, if you have the opportunity, to actual people. I must actually request "Sorry, can you do it again yourself?Inch a lot lately, if I am conversing with people with specific accents.

Very important – become accustomed to the structure of sentences along with grammar. Guide to really recognize some moment information intricacies.

Do not use subtitles

Almost all they turn out doing will be diverting the attention to all of them. You end up reading through them, not listening to the particular speech getting said. Test it for yourself and find out your behavioral patterns. My partner and i bet you'll read all of them more than that you listen to presentation. They might help at first stage, but don't get used to it.

I know would turn them upward sometimes, but usually I simply turn all of them off. Expose your brain in order to too much ease and it will acquire lazy along with end up not improving much.

Vocabulary

A number of smart men and women say "just tune in to English and you may guess the meaning of phrases automatically". Well, no. There was reasons my tuning in comprehension greater dramatically soon after learning GRE checklist, which has just like 3500 strange words.

Whenever you hear these kinds of words because "ameliorate", "abate", "denunciate"

there are numerous ways a human can read them. Goods fact, I had been once a believer that you will just "get the meaning of words", when I noticed my standing in GRE truly suffered in spite of this perfect strategy I began really pondering deeper.

Put just additional effort into learning some exact definitions and you will be compensated. That's likely the core of how to improve spoken Language.

Good luck with on Language language, persons.

English Speaking Tips can be a website guide by someone that has decided to offer people with his own insight along with wisdom on the stock market of learning English terminology, which will help save time and money.

Studying English is really one of the most advantageous thing you can do in order to yourself, that includes to your confidence, to your self-image, and is just a exciting activity to complete.

Chloe Anderson is a seasoned statistician in over Sixteen years and been learning masterful ideas with learn english speaking miami in part with her affiliation from New Industries Group ,a new innovative team for developing people. Learn All about her learn english speaking miami website to learn All about her english pronunciation workshop miami studies over the years.

Posted in Uncategorized | Tagged accent reduction miami, english speaking improvment miami, learn english pronunciation miami | Leave a reply

# The Top 5 Ways to Boost English Abilities

Posted on December 1, 2011

It doesn't truly matter whether you were given birth to in an Language speaking nation or have got moved through abroad, it is usually beneficial for everyone to improve their particular grasp for the English words english speaking improvment miami. When you enhance your reading and writing skills, you will see that you become greater at speaking and will have much more success within your social and business relationships. Here are 5 ways that whenever practiced regularly, will enhance your English skills immensely.

One particular. Buy a glossary.

accent reduction miami | My Blog                                        http://mikehendrickson.com/?tag=accent-reduction-miami

Having a glossary on hand is a superb way to enhance your vocabulary. In case English can be your second words, buy a mixture dictionary containing two parts, one in your current native words and the various other in Language. A good start is always to choose with regards to five to ten brand-new English words and phrases to learn on a daily basis. Make sure you retain a list in the process and consistently review your list. Even if you only learn a couple of words per day, your vocabulary will increase simply by at least One particular,000 words and phrases in only per year! If you are using a mix dictionary, ensure you look for words and phrases you already know within your native words that you have not a clue how to show in Language. You will find that this technique can really enhance your english skills quickly.

A couple of english pronunciation workshop miami. Purchase a sentence structure book.

When improving your Language skills, the grammar publication is very handy. You will find that there are many of great grammar guides available. One of these is Strunk & White's 'Elements involving Grammar'. Another great sentence structure book to use is 'Essentials involving English', which not merely covers sentence structure, but also proper usage and in many cases punctuation, with individual sections that may teach you the way to improve clearness in your presentation and writing.

3. Learn how to correctly buy the words in a sentence.

Right ordering involving words in a sentence is known as syntax. Rise one of the most challenging areas to perfect in any words. In order to enhance English skills in this area, start by studying the aspects of sentences at length. You will need to apply and get assistance from a skilled ancient english phone speaker to improve your skills.

4. Obtain amongst those who only talk English.

You've probably heard of what is known language immersion techniques, wherever someone is actually put amidst people who talk nothing but the particular native words. You will find that via repetition, images and exhibition, people will detect the language really short time, no less than to a covert level. Begin by trying this specific with friends and make sure to ask for feedback.

5. Sign up for an English program.

Last but not least, enroll in an Language course. There are a number of ways which can be done courses today. It can both take place in a classroom, through an email program, distance learning as well as through movie seminars.

Should you be consistent and follow these five solutions to improve Language you will at some point master the English language. Just remember, no matter how well you believe you know the English language there is always something totally new to learn.

Posted in Uncategorized | Tagged accent reduction miami, english pronunciation workshop miami, english speaking improvment miami, learn english pronunciation miami, learn english speaking miami | Leave a reply

# EXHIBIT 6

## Lisa Jeffery, MBA, MA

| | |
|---|---|
| **From:** | Lisa Jeffery, MBA, MA [lisa@lisajeffery.com] |
| **Sent:** | Thursday, April 12, 2012 2:33 PM |
| **To:** | 'esther@perezapple.com' |
| **Subject:** | Trademark Infringement, Accent Reduction Miami™ |

Dear Ms. Perez,

It was a pleasure speaking with you.  Further to our phone conversation today on April 12, 2012, I'm following up with an email regarding the use of my brand and trademark, Accent Reduction Miami™.

Every now and then, I get an internet alert that a website is using Accent Reduction Miami™.  Usually it's an innocent mistake on the part of copy writers or web designers, and they don't realize it's infringing on a trademarked brand.  These uses usually come in the form of "key word" searches, or the actual brand is written on the website.  When this happens, the brand recognition is diminished and confused in the eye of the public, the market place, and potential clients, as to the origin of the services.

The problem is usually solved by a cordial phone call, letting the owner know this is a trademarked brand.

In your case, you have my brand and trademark listed at the bottom of your home page.  With my brand on the home page of Perez, Apple & Company, the public, market and clients can be confused and misled that you are a part of or a branch of the brand and organization, Accent Reduction Miami™.

Your Home Page:

Accent Reduction Miami  |  Business Communication Miami  |  English Pronunciation Coach Miami  |  English Pronunciation Improvement  |  English Pronunciation Improvment Miami  |  English Pronunciation Workshop Miami  |  English Speaking Coach Miami  |  English Speaking Improvement Miami  |  How To Improve English Pronunciation Miami  |  How To Improve English Speaking Miami  |  Improve English Miami  |  Language Coach Miami  |  Learn English Pronunciation Miami  |  Learn English Speaking Miami

The Federal USPTO trademark serial number for ACCENT REDUCTION MIAMI is:  85400548, filed on August 11, 2011.  The State of Florida Trademark serial number ACCENT REDUCTION MIAMI is: T11000001175.

Through my conversation today, and this email,  I ask that you kindly remove, cease and desist using the trademark and brand Accent Reduction Miami™ by April 26th, 2012, and let me know in kind, via email.

I respect your entrepreneurial spirit, and I wish you the best in all your creative endeavors.

I would certainly like to solve this trademark infringement in an amicable fashion, and I think we can.  I look forward to hearing from you. Please respond to this email by April 26th, 2012.

All the Best,
Lisa Jeffery

Lisa Jeffery, MBA, MA
*Educator, Consultant, Executive Coach*
Jeffery Communications

*Speech & Accent*
A C A D E M Y

11890 SW 8th St, Suite 511, Miami, Florida 33184
Tel: 305.395.5253 Fax: 305.395.3254 Mobile: 305.479.8337
IM: LisaJeffery860 (Skype)  https://www.lisajeffery.com  :  www.accentreductionmiami.com
lisa@lisajeffery.com

1

## Lisa Jeffery, MBA, MA

| | |
|---|---|
| **From:** | Lisa Jeffery [lisajeffe@gmail.com] |
| **Sent:** | Wednesday, April 18, 2012 12:38 PM |
| **To:** | 'Esther Perez Apple' |
| **Subject:** | RE: Trademark infringement |

Dear Esther,

It was nice hearing from you as seeing that are attempting to resolve the matter amicably, which is always the best way.

As I mentioned in my email of 4/12/12, The Federal USPTO trademark serial number for ACCENT REDUCTION MIAMI is: 85400548, filed on August 11, 2011.   The State of Florida Trademark serial number ACCENT REDUCTION MIAMI is: T11000001175. (You can locate them through these numbers.)  These trademark documents are public documents, you can easily find them at the US Trademark office and the State of Florida, or you can incur the expense of an attorney to find them.

A trademark is a huge investment for a company, and worth protecting. Accent Reduction Miami™ has more than 400 members in our meet-up group, has regular classes, has been actively used since 2008.  It's well-known, It is a trademark, an identity and brand.  When it happens that someone begins using my trademark on their website, tags and blogs, it is usually an innocent mistake. As I said previously, the infringement is usually ceased amicably, by a simple phone call or an email..  But if you know it is a trademark, you certainly have a choice: to cease using it, or continue to use it and pursue the expensive legal route. I'm sure neither us would like to do that.

After I emailed you, I got another email alert that Accent Reduction Miami™ was used in another blog posting, linking to Perez, Apple & Company.

Again, I asked you in my previous email to cease and desist using Accent Reduction Miami™ by April 26th, 2012.  That should certainly give you ample time to remove all uses of it from your website, blogs, tags and any other use.

I'm looking forward to hearing from you and solving this problem amicably.

All the best,
Lisa Jeffery



11890 SW 8th St. Suite 511, Miami, Florida 33184
Tel: 305 395-5253 Fax: 305 395 5254 Mobile: 305 479-8357
IM: Lisa.Jeffery800 (Skype)  https://www.CanvasHost.com , www.accentreductionmiami.com
lisa@lisajeffery.com

**Here is the mark used with the trademark, Accent Reduction Miami:**



**From:** Esther Perez Apple [mailto:perezapple@bellsouth.net]
**Sent:** Tuesday, April 17, 2012 9:14 AM
**To:** 'Lisa Jeffery'
**Subject:** Trademark infringement

Hi Lisa,

So that we may resolve the matter at hand related to trademark infringement, I would like to forward the trademark documents you have cited to my attorney. Please send them to me as soon as you are able.

Thank you,

Esther Perez Apple, M.A.



TRAINING • COACHING • ASSESSMENT

Achieving Excellence in Workplace Communication

19 SW 6th Street, Miami, FL 33130
305-775-8344
esther@perezapple.com
www.perezapple.com

**Lisa Jeffery, MBA, MA**

| | |
|---|---|
| **From:** | Esther Perez Apple [perezapple@bellsouth.net] |
| **Sent:** | Tuesday, April 17, 2012 9:14 AM |
| **To:** | 'Lisa Jeffery' |
| **Subject:** | Trademark infringement |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | Trademark |

Hi Lisa,

So that we may resolve the matter at hand related to trademark infringement, I would like to forward the trademark documents you have cited to my attorney. Please send them to me as soon as you are able.

Thank you,

Esther Perez Apple, M.A.



Perez Apple
& Company

TRAINING • COACHING • ASSESSMENT
Achieving Excellence in Workplace Communication

19 SW 6th Street, Miami, FL 33130
305-775-8344
esther@perezapple.com
www.perezapple.com

1

# EXHIBIT 7

# ALLEN

## DYER

## DOPPELT

# MILBRATH &

## GILCHRIST, P.A.

**INTELLECTUAL PROPERTY ATTORNEYS**

| | | |
|---|---|---|
| Herbert L. Allen | Jeffrey S. Boyles | Of Counsel: |
| Robert Dyer | Ryan T. Santurri | Crystal Broughan |
| Ava K. Doppelt | Robert H. Thornburg | |
| Stephen D. Milbrath | Paul J. Ditmyer | Patent Agent: |
| Brian R. Gilchrist | Jack G. Abid | Neda Sharifi Ph.D. |
| Christopher F. Regan | David S. Carus | |
| David L. Sigalow | David W. Magana | |
| Richard K. Warther | Jeremy B. Berman | |
| Enrique G. Estévez, Ph.D. | Justin R. Sauer | |
| Michael W. Taylor | Christopher Ramsey, Ph.D. | |
| John F. Woodson II | Tricia Wozniak | |
| Stephen H. Luther | David A. Costa, Ph.D. | |

rthornburg@addmg.com

July 13, 2012

*Via Email and Via Federal Express*
*Esther@perezapple.com*
Esther Perez-Apple, M.A.
Perez, Apple, & Company, Inc.
5536 Maggiore Street
Coral Gables, Florida 33146

Re:     *Infringement of ACCENT REDUCTION MIAMI Trademark Portfolio*
        **Our Matter No. 0118154**

Dear Ms. Perez-Apple:

This law firm is intellectual property counsel to Jeffrey, Inc. ("Jeffrey") headquartered in Miami, Florida.  Jeffrey, Inc., owns United States Registration Serial No. 4,166,039 for the mark **ACCENT REDUCTION MIAMI** as well as Florida State Registration No. T11000001175, for the mark **ACCENT REDUCTION MIAMI** both in International Class 41 for "Business education services and training services, namely, public presentations, communication skills, business writing, speech, articulation and accent reduction." (collectively the "Accent Reduction Marks").  The mark is used to promote, advertise and connote the good will and high reputation of Accent Reduction Miami's quality of service in South Florida.  As such, Accent Reduction Miami has acquired more than 400 members in the meet-up group since 2008.

It has recently come to our attention that you are using the tag line ACCENT REDUCTION MIAMI via Perez, Apple, & Company, Inc., which is currently in inactive status per the Florida Dept. of State since 2005.  Accordingly, there is a risk that individuals are mislead in thinking that your services are somehow affiliated, sponsored, endorsed and/or related (either directly or indirectly) with Jeffrey Inc.  As such, there is a strong risk here of consumer confusion actionable under the Lanham Act.  This risk of confusion may cause and has caused potential damage to Jeffrey Inc., willingly in the field of Business education and training services, namely, public presentations, communication skills, business writing, speech, articulation and accent reduction, as well as cause loss of reputation with its clients.

---

**Orlando Office (Main)**
255 South Orange Ave.
Suite 1401
Orlando, FL 32801
Mail To: P.O. Box 3791
Orlando, FL 32802-3791

tel: 407-841-2330
fax: 407-841-2343

**Winter Springs Office**
1135 E. State Road 434, Suite 3001
Winter Springs, FL 32708
tel: 407-796-5051  fax: 407-796-5065

**Melbourne Office**
1901 S. Harbor City Blvd., Suite 509
Melbourne, FL 32901
tel: 321-725-4760 fax: 321-984-7078

**Jacksonville Office**
1301 Riverplace Blvd., Suite 1916
Jacksonville, FL 32207
tel: 904-398-7000  fax: 904-398-7003

**Tampa Office**
2202 N. West Shore Blvd., Suite 200
Tampa, FL 33607
tel: 813-639-4222  fax: 407-841-2343

**Miami Office**
777 Brickell Ave., Suite 1114
Miami, FL 33131
tel: 305-374-8303  fax: 305-374-8306



www.addmg.com

Furthermore, Mr. Jeffrey has sent you various emails regarding the matter and you have yet to comply.   In this regard, we hope and trust that this is simply an oversight on your part, and that this matter can be quickly remedied and resolved to the satisfaction of Jeffrey, Inc.   As such, we ask that within the next ten (10) business days, that you (or alternatively your counsel) contact me via email at rthornburg@addmg.com or alternatively call me at 305-374-8303 to address this matter.   At that point we need verification of your wiliness to (i) agree to be restricted from future use of the name **ACCENT REDUCTION MIAMI.**

We request your careful consideration of these matters, and willingness to cooperate with Jeffrey, Inc., to avoid the need of unnecessary and expensive litigation.

Regards,

Robert H. Thornburg

Cc: Jeffrey, Inc.
    Lisa Jeffrey